POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>Robert Benson, Esq. (SBN 155971)<br>2050 Main Street, Suite 1100<br>Irvine, California 92614<br>TELEPHONE NO.: (949) 567-6700   FAX NO. (Optional): (949) 567-6710<br>E-MAIL ADDRESS (Optional): rbenson@orrick.com<br>ATTORNEY FOR (Name): Plaintiffs TCT MOBILE (US) INC., et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC]
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF/PETITIONER: TCT MOBILE (US) INC., et al.
DEFENDANT/RESPONDENT: CELLULAR COMMUNICATIONS EQUIPMENT LLC

CASE NUMBER: 8:20-cv-00702-JVS-ADS

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 1848665KQ

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: Initial Order Following Filing of Complaint Assigned to Judge Selna; Plaintiff's Corporate Disclosure and Notice of Interested Parties Pursuant to F.R.C.P 7.1; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Assignment to United States Judges; Notice to Parties of COurt-Directed ADR Program; Civil Cover Sheet
3. a. Party served *(specify name of party as shown on documents served)*:
   CELLULAR COMMUNICATIONS EQUIPMENT LLC

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Registered Agent Solutions, Agent for service, by serving Alvin Sayre, Intake Specialist

4. Address where the party was served:
   1701 Directors Boulevard, Suite 300, Austin, Texas 78744
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 04/17/2020   (2) at *(time)*: 2:25 p.m.
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: TCT MOBILE (US) INC., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CELLULAR COMMUNICATIONS EQUIPMENT LLC | 8:20-cv-00702-JVS-ADS |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*       (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* CELLULAR COMMUNICATIONS EQUIPMENT LLC
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☑ other: FRCP 4(h)(1)

7. **Person who served papers**
   a. Name: Tod E. Pendergrass, Ace Attorney Service, Inc.
   b. Address: 516 West Annie Street, Austin, Texas 78704
   c. Telephone number: (800) 205-3007
   d. The fee for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: April 21, 2020

TOD E. PENDERGRASS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ► (SIGNATURE)

Re: 7313