1  ROBERT J. BENSON (SBN 155971)
   rbenson@orrick.com@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2050 Main Street
3  Suite 1100
   Irvine, CA  92614-8255
4  Telephone:   +1 949 567 6700
   Facsimile:    +1 949 567 6710
5
   Attorneys for Plaintiffs
6  TCT MOBILE (US) INC. and HUIZHOU TCL
   MOBILE COMMUNICATION CO. LTD.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 TCT MOBILE (US) INC. and HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., | Case No. 8:20-cv-00702-JVS-ADS |
|---|---|
| 13            Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 14      v. | Hon. James V. Selna |
| 15 CELLULAR COMMUNICATIONS EQUIPMENT LLC, | Complaint Filed:  April 9, 2020 |
| 16            Defendant. | Complaint Served:  April 17, 2020 |
| 17 | Current Response Date:  May 8, 2020 |
| 18 | New Response Date:  June 8, 2020 |

Plaintiffs TCT MOBILE (US) INC. and HUIZHOU TCL MOBILE COMMUNICATION CO. LTD ("Plaintiffs") and Defendant CELLULAR COMMUNICATIONS EQUIPMENT LLC ("Defendant") hereby agree and stipulate pursuant to Local Rule 8-3 to extend the time for Defendant to respond to Plaintiffs' Complaint by 30 days, up to and including June 8, 2020.

1. Plaintiffs filed their Complaint on April 9, 2020.
2. The Complaint was served on Defendant on April 17, 2020.
3. Defendant's answer is currently due May 8, 2020.
4. With the 30-day extension, Defendant's response will be due June 8, 2020.
5. This stipulation allows Defendant adequate time to evaluate the Complaint and formulate its responses and is in good faith, for good cause, and will not delay any proceedings in this case.

Dated: May 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Robert J. Benson*
ROBERT J. BENSON
Attorneys for Plaintiffs
*TCT MOBILE (US) INC. and HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.*

Dated: May 7, 2020

BRAGALONE CONROY PC

By: */s/ Jeffrey R. Bragalone*
JEFFREY R. BRAGALONE
Attorneys for Defendant
*CELLULAR COMMUNICATIONS EQUIPMENT LLC*

**Attestation of Concurrence in Filing**

I, Robert J. Benson, am the ECF user whose ID and password are being used to file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all the signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Robert J. Benson*
ROBERT J. BENSON
*Attorneys for Plaintiffs TCT MOBILE (US) INC. and HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.*