1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TCT MOBILE (US) INC. and HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., <br><br>Plaintiffs, <br><br>v. <br><br>CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br>Defendant. | Case No. 8:20-cv-00702-JVS-ADS <br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br>Hon. James V. Selna <br><br>Complaint Filed: April 9, 2020 <br><br>Complaint Served: April 17, 2020 <br><br>Current Response Date: May 8, 2020 <br><br>New Response Date: June 8, 2020 |
|---|---|

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall respond to the Complaint on or by June 8, 2020.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
HONORABLE JAMES V. SELNA
United States District Court Judge