UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCT MOBILE (US) INC. and HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Defendant. | Case No. 8:20-cv-00702-JVS-ADS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br>(L.R. 8-3)<br><br>Hon. James V. Selna<br><br>Complaint Filed:  April 9, 2020<br><br>Complaint Served:  April 17, 2020<br><br>Current Response Date:  May 8, 2020<br><br>New Response Date:  June 8, 2020 |

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall respond to the Complaint on or by June 8, 2020.

**IT IS SO ORDERED.**

Dated: May 7, 2020

_____
HONORABLE JAMES V. SELNA
United States District Court Judge