# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TCL CORP., TCL COMMUNICATION LTD., TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD., TCL ELECTRONICS HOLDINGS LTD., TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO. LTD., and BLACKBERRY LIMITED,<br><br>    Defendants. | CIVIL ACTION NO. 4:18-cv-767-ALM<br><br>**JURY TRIAL DEMANDED** |

## TCL DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants TTE Technology, Inc., Huizhou TCL Mobile Communication Co. Ltd., and TCT Mobile (US) Inc. make this corporate disclosure statement:

For TTE Technology, Inc. (operating under the name "TCL USA"), TCL Corporation is the ultimate corporate parent, and owns (directly or indirectly) more than 10% of the stock, of TTE Technology, Inc. TCL Electronics Holdings Limited (f/k/a TCL Multimedia Technology Holdings Ltd.) is a corporate parent, and owns (directly or indirectly) more than 10% of the stock, of TTE Technology, Inc. T.C.L. Industries Holdings (H.K.) Limited is a corporate parent, and owns (directly or indirectly) more than 10% of the stock, of TTE Technology, Inc. TTE Corporation is a corporate parent, and owns (directly or indirectly) more than 10% of the stock, of TTE Technology, Inc.

1

For Huizhou TCL Mobile Communication Co., TCL Corporation is the ultimate corporate parent, and indirectly owns more than 10% of the stock, of Huizhou TCL Mobile Communication Co., Ltd. TCL Mobile Communications Holdings Limited is a corporate parent, and directly owns more than 10% of the stock, of Huizhou TCL Mobile Communication Co., Ltd. TCL Communications (BVI) Ltd. is a corporate parent, and directly owns more than 10% of the stock, of Huizhou TCL Mobile Communication Co., Ltd. Alpha Alliance Enterprises Limited is a corporate parent, and directly owns more than 10% of the stock, of Huizhou TCL Mobile Communication Co., Ltd.

For TCT Mobile (US) Inc., TCL Corporation is the ultimate corporate parent, and indirectly owns more than 10% of the stock, of TCT Mobile (US) Inc. TCL Communication Technology Holdings Ltd. is a corporate parent, and indirectly owns more than 10% of the stock, of TCT Mobile (US) Inc. T.C.L. Industries Holdings (H.K.) Limited is a corporate parent, and indirectly owns more than 10% of the stock, of TCT Mobile (US) Inc. TCT Mobile (US) Holdings Inc. is a corporate parent, and directly owns more than 10% of the stock, of TCT Mobile (US) Inc.

Dated:  March 7, 2019                    Respectfully submitted,

                                              By: */s/ Eric H. Findlay*
Eric H. Findlay
Texas State Bar No. 00789886
Findlay Craft, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: 903-534-1100
Fax: 903-534-1137
efindlay@findlaycraft.com

Stephen S. Korniczky (CA Bar No. 135532)
Martin Bader (CA Bar No. 222865)
SHEPPARD MULLIN RICHTER & HAMPTON
12275 El Camino Real, Suite 200
San Diego, CA 92130
Tel: 858-720-8900
Fax: 858-509-3691
skorniczky@sheppardmullin.com
mbader@sheppardmullin.com

Harper Batts (CA Bar No. 242603)
Chris Ponder (TX Bar No. 24065916)
SHEPPARD MULLIN RICHTER & HAMPTON
379 Lytton Avenue
Palo Alto, CA  94301
Tel: 650-815-2600
Fax: 650-815-2601
hbatts@sheppardmullin.com
cponder@sheppardmullin.com


*Attorneys for*
*TCL King Electrical Appliances (Huizhou) Co. Ltd.,*
*TTE Technology, Inc., Huizhou TCL Mobile*
*Communication Co. Ltd., and TCT Mobile (US) Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 7, 2019.

>	*/s/ Eric H. Findlay*____
>	Eric H. Findlay