# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TCT MOBILE (US) INC. AND HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Defendant. | Case No. 8:20-cv-00702-JVS-ADS<br><br>**ORDER GRANTING DEFENDANT CELLULAR COMMUNICATIONS EQUIPMENT LLC'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY** |

The Court, having read and considered Defendant's Motion To Dismiss The Complaint Or, In The Alternative, To Stay, finds that Defendant's Motion should be granted. It is hereby:

ORDERED that this case is dismissed.

**IT IS SO ORDERED.**

DATED: _____

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE