Stephanie R. Wood (SBN: 242572)
   *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* to be filed)
   *jbragalone@bcpc-law.com*
Jonathan H. Rastegar (*pro hac vice* to be filed)
   *jrastegar@bcpc-law.com*
Jerry D. Tice II (*pro hac vice* to be filed)
   *jtice@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Attorneys for Defendant
Cellular Communications Equipment LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TCT MOBILE (US) INC. AND HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Defendant. | Case No. 8:20-cv-00702-JVS-ADS<br><br>**DEFENDANT CELLULAR COMMUNICATIONS EQUIPMENT LLC'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant Cellular Communications Equipment LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Defendant Cellular Communications Equipment LLC ("CCE") is a Texas Limited Liability Company. More than 10% of CCE is owned by Acacia Research Group LLC. Acacia Research Group LLC is a wholly-owned subsidiary of Acacia Research Corporation, a publicly-owned company.

- Plaintiff TCT Mobile (US) Inc. is a wholly-owned subsidiary of TCT Mobile (US) Holdings, Inc.

- Plaintiffs Huizhou TCL Mobile Communication Co. Ltd. is owned by TCL Communication (BVI) Limited, TCL Mobile Communication Holdings Limited, and Alpha Alliance Enterprises Limited.

| | | |
|---|---|---|
| 1 | Dated June 8, 2020 | Respectfully submitted |
| 2 | | |
| 3 | | By: */s/ Stephanie R. Wood* |
| | | Stephanie R. Wood (SBN: 242572) |
| 4 | | *swood@bcpc-law.com* |
| 5 | | Jeffrey R. Bragalone (*pro hac vice* to be filed) |
| | | *jbragalone@bcpc-law.com* |
| 6 | | Jonathan H. Rastegar (*pro hac vice* to be filed) |
| 7 | | *jrastegar@bcpc-law.com* |
| | | Jerry D. Tice II (*pro hac vice* to be filed) |
| 8 | | *jtice@bcpc-law.com* |
| | | **BRAGALONE CONROY PC** |
| 9 | | 2200 Ross Ave., Suite 4500W |
| 10 | | Dallas, Texas 75201 |
| | | Tel: (214) 785-6670 |
| 11 | | Fax: (214) 785-6680 |
| 12 | | |
| 13 | | Attorneys for Defendant |
| | | Cellular Communications Equipment LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2020, I electronically filed the foregoing document using the Court's ECF system which will electronically serve the same upon all counsel of record.

By: */s/ Stephanie R. Wood*

Stephanie R. Wood (SBN: 242572