Stephanie R. Wood (SBN: 242572)
  swood@bcpc-law.com
Jeffrey R. Bragalone (*pro hac vice* to be filed)
  jbragalone@bcpc-law.com
Jonathan H. Rastegar (*pro hac vice* to be filed)
  jrastegar@bcpc-law.com
Jerry D. Tice II (*pro hac vice* to be filed)
  jtice@bcpc-law.com
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Attorneys for Defendant
Cellular Communications Equipment LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TCT MOBILE (US) INC. AND HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Defendant. | Case No. 8:20-cv-00702-JVS-ADS<br><br>**DEFENDANT CELLULAR COMMUNICATIONS EQUIPMENT LLC'S NOTICE OF CORRECTION TO DOCKET ENTRY 17**<br><br>Date:      July 13, 2020 (Corrected)<br>Time:      1:30 p.m.<br>Courtroom: 10C<br>Judge:     Hon. James V. Selna |

---

NOTICE OF CORRECTION OF DOCKET ENTRY 17                          8:20-cv-00702-JVS-ADS

# NOTICE OF CORRECTION

Defendant Cellular Communications Equipment ("CCE") filed its Motion to Dismiss or, In the Alternative, to Stay on June 8, 2020. Dkt. No. 17. This pleading mistakenly identified the date of the motion hearing as July 16, 2020.

Pursuant to Judge Selna's calendaring procedures and L.R. 6-1, the correct date for noticing this motion hearing is **July 13, 2020**. *See* Judge's Procedures, No. 1 available at https://www.cacd.uscourts.gov/honorable-james-v-selna (last accessed June 9, 2020).

Dated June 9, 2020          Respectfully submitted

By: */s/ Stephanie R. Wood*
Stephanie R. Wood (SBN: 242572)
    *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* to be filed)
    *jbragalone@bcpc-law.com*
Jonathan H. Rastegar (*pro hac vice* to be filed)
    *jrastegar@bcpc-law.com*
Jerry D. Tice II (*pro hac vice* to be filed)
    *jtice@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Attorneys for Defendant
Cellular Communications Equipment LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, I electronically filed the foregoing document using the Court's ECF system which will electronically serve the same upon all counsel of record.

By: */s/ Stephanie R. Wood*
Stephanie R. Wood (SBN: 242572)