# EXHIBIT C

# EXHIBIT C

EXHIBIT C

Page 37

**Audited Financial Statements**

**TCL Communication Technology Holdings Limited**
**(Incorporated in the Cayman Islands with limited liability)**

**31 December 2017**

EXHIBIT C

Page 38

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

CONTENTS

|  | Pages |
|---|---|
| INDEPENDENT AUDITOR'S REPORT | 1 - 2 |
| AUDITED FINANCIAL STATEMENTS |  |
| Consolidated statement of profit or loss | 3 |
| Consolidated statement of comprehensive income | 4 |
| Consolidated statement of financial position | 5 - 6 |
| Consolidated statement of changes in equity | 7 - 8 |
| Consolidated statement of cash flows | 9 - 10 |
| Notes to financial statements | 11 - 86 |

EXHIBIT C

Page 39

**Independent auditor's report**
**To the shareholders of TCL Communication Technology Holdings Limited**
(Incorporated in the Cayman Islands with limited liability)

**Opinion**
We have audited the consolidated financial statements of TCL Communication Technology Holdings Limited (the "Company") and its subsidiaries (the "Group") set out on pages 3 to 86, which comprise the consolidated statement of financial position as at 31 December 2017, and the consolidated statement of profit or loss, the consolidated statement of comprehensive income, the consolidated statement of changes in equity and the consolidated statement of cash flows for the year then ended, and notes to the consolidated financial statements, including a summary of significant accounting policies.

In our opinion, the consolidated financial statements give a true and fair view of the financial position of the Group as at 31 December 2017, and of its consolidated financial performance and its consolidated cash flows for the year then ended in accordance with Hong Kong Financial Reporting Standards ("HKFRSs") issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA") and have been properly prepared in compliance with the disclosure requirements of the Hong Kong Companies Ordinance.

**Basis for opinion**
We conducted our audit in accordance with Hong Kong Standards on Auditing ("HKSAs") issued by the HKICPA. Our responsibilities under those standards are further described in the *Auditor's responsibilities for the audit of the consolidated financial statements* section of our report. We are independent of the Group in accordance with the HKICPA's *Code of Ethics for Professional Accountants* (the "Code"), and we have fulfilled our other ethical responsibilities in accordance with the Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

**Responsibilities of the directors for the consolidated financial statements**
The directors of the Company are responsible for the preparation of the consolidated financial statements that give a true and fair view in accordance with HKFRSs issued by the HKICPA and the disclosure requirements of the Hong Kong Companies Ordinance, and for such internal control as the directors of the Company determine is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, the directors of the Company are responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors of the Company either intend to liquidate the Group or to cease operations or have no realistic alternative but to do so.

**Auditor's responsibilities for the audit of the consolidated financial statements**
Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Our report is made solely to you, as a body, in accordance with our agreed terms of engagement, and for no other purpose. We do not assume responsibility towards or accept liability to any other person for the contents of this report.

Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with HKSAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

1

EXHIBIT C

Page 40

**Independent auditor's report** (continued)
**To the shareholders of TCL Communication Technology Holdings Limited**
(Incorporated in the Cayman Islands with limited liability)

**Auditor's responsibilities for the audit of the consolidated financial statements** (continued)

As part of an audit in accordance with HKSAs, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors of the Company.

- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Group to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

- Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the consolidated financial statements. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with the board of directors of the Company regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

Certified Public Accountants
Hong Kong
20 April 2018

EXHIBIT C
Page 41

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

CONSOLIDATED STATEMENT OF PROFIT OR LOSS

Year ended 31 December 2017

| | Notes | 2017 HK$'000 | 2016 HK$'000 (Restated) |
|---|---|---|---|
| REVENUE | 7 | 17,168,345 | 23,576,482 |
| Cost of sales | | (14,542,726) | (18,759,560) |
| Gross profit | | 2,625,619 | 4,816,922 |
| Other income and gains | 7 | 696,710 | 869,504 |
| Research and development costs | | (1,865,581) | (1,759,858) |
| Selling and distribution expenses | | (1,843,121) | (2,323,021) |
| Administrative expenses | | (1,624,896) | (1,831,773) |
| Other expenses | | (106,489) | (78,201) |
| Finance costs | 9 | (117,300) | (119,804) |
| Share of profits and losses of associates | 17 | (19,101) | (22,294) |
| Share of profits and losses of joint ventures | 18 | (41) | (29,109) |
| LOSS BEFORE TAX | 8 | (2,254,200) | (477,634) |
| Income tax expense | 10 | (93,746) | (68,650) |
| LOSS FOR THE YEAR | | (2,347,946) | (546,284) |
| Attributable to: | | | |
| Owners of the parent | | (2,354,059) | (531,304) |
| Non-controlling interests | | 6,113 | (14,980) |
| | | (2,347,946) | (546,284) |

EXHIBIT C

Page 42

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME

Year ended 31 December 2017

| | Notes | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|---|
| LOSS FOR THE YEAR | | (2,347,946) | (546,284) |
| OTHER COMPREHENSIVE INCOME/(LOSS) | | | |
| Other comprehensive income/(loss) to be reclassified to profit or loss in subsequent periods: | | | |
| Share of other comprehensive loss of joint ventures | 18 | - | (8) |
| Share of other comprehensive (loss)/income of associates | 17 | (378) | 6,914 |
| Available-for- sale investments: | | | |
| Changes in fair value | 19 | (39,782) | 46,468 |
| Reclassification adjustments for (gains)/losses included in the consolidated statement of profit or loss | 19 | | |
| - gains on disposal | | (56,510) | - |
| - impairment losses | | - | 10,721 |
| | | (96,292) | 57,189 |
| Cash flow hedges: | | | |
| Effective portion of changes in fair value of hedging instruments arising during the year | 28 | (153,075) | (60,284) |
| Reclassification adjustments for losses included in the consolidated statement of profit or loss | 28 | 152,676 | 214,137 |
| Income tax effect | 28 | (6,517) | (38,739) |
| | | (6,916) | 115,114 |
| Exchange differences: | | | |
| Exchange differences on translation of foreign operations | | 777,429 | (710,485) |
| Reclassification adjustments for foreign operations disposed of during the year | | 2,088 | - |
| | | 779,517 | (710,485) |
| Net other comprehensive income/(loss) to be reclassified to profit or loss in subsequent periods | | 675,931 | (531,276) |
| OTHER COMPREHENSIVE INCOME/(LOSS) FOR THE YEAR, NET OF TAX | | 675,931 | (531,276) |
| TOTAL COMPREHENSIVE LOSS FOR THE YEAR | | (1,672,015) | (1,077,560) |
| Attributable to: | | | |
| Owners of the parent | | (1,678,128) | (1,062,580) |
| Non-controlling interests | | 6,113 | (14,980) |
| | | (1,672,015) | (1,077,560) |

4

EXHIBIT C

Page 43

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

CONSOLIDATED STATEMENT OF FINANCIAL POSITION

31 December 2017

| | Notes | 2017<br>HK$'000 | 2016<br>HK$'000<br>(Restated) |
|---|---|---|---|
| **NON-CURRENT ASSETS** | | | |
| Property, plant and equipment | 12 | 1,365,187 | 1,452,735 |
| Investment properties | 13 | 120,782 | 98,183 |
| Prepaid land lease payments | 14 | 85,534 | 100,263 |
| Other intangible assets | 15 | 784,854 | 1,310,292 |
| Goodwill | 16 | 253,883 | 253,954 |
| Investments in associates | 17 | 75,808 | 69,375 |
| Investments in joint ventures | 18 | 25,352 | 25,393 |
| Available-for-sale investments | 19 | 310,042 | 397,988 |
| Deferred tax assets | 32 | 240,142 | 261,862 |
| Other non-current assets | | 46,713 | 47,072 |
| | | | |
| Total non-current assets | | 3,308,297 | 4,017,117 |
| | | | |
| **CURRENT ASSETS** | | | |
| Inventories | 20 | 1,958,421 | 2,952,483 |
| Trade receivables | 21 | 3,452,707 | 3,947,853 |
| Factored trade receivables | 22 | 55,574 | 97,075 |
| Notes receivable | | 6,222 | 16,629 |
| Prepayments, deposits and other receivables | 23 | 1,072,065 | 1,176,842 |
| Due from related companies | 40(d) | 186,644 | 957,544 |
| Tax recoverable | | 19,462 | 2,492 |
| Derivative financial instruments | 28 | 63,218 | 43,262 |
| Pledged deposits | 24 | 220,896 | 339,279 |
| Cash and cash equivalents | 24 | 492,823 | 1,028,695 |
| | | | |
| Total current assets | | 7,528,032 | 10,562,154 |
| | | | |
| **CURRENT LIABILITIES** | | | |
| Interest-bearing bank borrowings | 25 | 3,274,892 | 3,157,643 |
| Trade and notes payables | 26 | 2,540,596 | 3,985,019 |
| Bank advances on factored trade receivables | 22 | 55,574 | 97,075 |
| Other payables and accruals | 27 | 3,937,706 | 3,659,205 |
| Derivative financial instruments | 28 | 57,974 | 51,669 |
| Provision for warranties | 29 | 305,867 | 317,435 |
| Due to related companies | 40(d) | 196,140 | 205,862 |
| Tax payable | | 18,969 | 57,489 |
| | | | |
| Total current liabilities | | 10,387,718 | 11,531,397 |
| | | | |
| NET CURRENT LIABILITIES | | (2,859,686) | (969,243) |
| | | | |
| TOTAL ASSETS LESS CURRENT LIABILITIES | | 448,611 | 3,047,874 |

continued/…

EXHIBIT C
Page 44

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

CONSOLIDATED STATEMENT OF FINANCIAL POSITION

31 December 2017

|  | Notes | 2017 HK$'000 | 2016 HK$'000 (Restated) |
|---|---|---|---|
| TOTAL ASSETS LESS CURRENT LIABILITIES |  | 448,611 | 3,047,874 |
| NON-CURRENT LIABILITIES |  |  |  |
| Retirement indemnities | 30 | 4,431 | 3,704 |
| Long service medals | 31 | 1,694 | 1,594 |
| Interest-bearing bank borrowings | 25 | 234,543 | 93,072 |
| Deferred tax liabilities | 32 | 22,370 | 15,413 |
| Other non-current liabilities |  | 120,001 | 160,667 |
| Total non-current liabilities |  | 383,039 | 274,450 |
| Net assets |  | 65,572 | 2,773,424 |
| EQUITY |  |  |  |
| **Equity attributable to owners of the parent** |  |  |  |
| Share capital | 33 | 1,278,984 | 1,278,984 |
| Reserves | 34 | (1,220,072) | 1,444,335 |
|  |  | 58,912 | 2,723,319 |
| Non-controlling interests |  | 6,660 | 50,105 |
| Total equity |  | 65,572 | 2,773,424 |

.................................................................
**LI Dongsheng**
Director

.................................................................
**GUO Aiping**
Director

6

EXHIBIT C
Page 45

# TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

## CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

Year ended 31 December 2017

| | | | | | | | | | Attributable to owners of the parent | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Share capital | Share premium account | Shares held for Share Award Scheme | Awarded share reserve | Share option reserve | Hedging reserve | Contributed surplus | Statutory reserve | Available-for-sale investment revaluation reserve | Share of other comprehensive income/(loss) | Other reserve | Exchange fluctuation reserve | Retained profits | Total | Non-controlling interests | Total equity |
| | HK$'000 (note 33) | HK$'000 | HK$'000 | HK$'000 | HK$'000 | HK$'000 (note 28) | HK$'000 (note 34) | HK$'000 (note 34) | HK$'000 (note 19) | HK$'000 | HK$'000 (note 34) | HK$'000 | HK$'000 | HK$'000 | HK$'000 | HK$'000 |
| At 1 January 2016 | 1,267,799 | 560,112 | (6,512) | 6,559 | 53,374 | (109,303) | 232,555 | 372,553 | 116,169 | 25 | (129,988) | (473,798) | 2,063,069 | 3,952,614 | 85,723 | 4,038,337 |
| Loss for the year | - | - | - | - | - | - | - | - | - | - | - | - | (531,304) | (531,304) | (14,980) | (546,284) |
| Other comprehensive (loss)/income for the year: | | | | | | | | | | | | | | | | |
| Share of other comprehensive loss of joint ventures | - | - | - | - | - | - | - | - | - | (8) | - | - | - | (8) | - | (8) |
| Share of other comprehensive income of associates | - | - | - | - | - | - | - | - | - | 6,914 | - | - | - | 6,914 | - | 6,914 |
| Changes in fair value of available-for-sale investments, net of tax | - | - | - | - | - | - | - | - | 57,189 | - | - | - | - | 57,189 | - | 57,189 |
| Cash flow hedges, net of tax | - | - | - | - | - | 115,114 | - | - | - | - | - | - | - | 115,114 | - | 115,114 |
| Exchange differences on translation of foreign operations | - | - | - | - | - | - | - | - | - | - | - | (710,485) | - | (710,485) | - | (710,485) |
| Total comprehensive loss for the year | - | - | - | - | - | 115,114 | - | - | 57,189 | 6,906 | - | (710,485) | (531,304) | (1,062,580) | (14,980) | (1,077,560) |
| Exercise of share options | 10,770 | 44,715 | - | - | (15,578) | - | - | - | - | - | - | - | - | 39,907 | - | 39,907 |
| Vesting of awarded shares | 415 | (1,278) | 4,646 | (3,783) | - | - | - | - | - | - | - | - | - | - | - | - |
| Reclassification of lapsed share options | - | 1,267 | - | - | (1,267) | - | - | - | - | - | - | - | - | - | - | - |
| Equity-settled share option arrangements | - | - | - | - | 15,696 | - | - | - | - | - | - | - | - | 15,696 | - | 15,696 |
| Share Award Scheme arrangements | - | - | - | 43,607 | - | - | - | - | - | - | - | - | - | 43,607 | - | 43,607 |
| Acquisition of non-controlling interests | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (3,687) | (3,687) |
| Transfer due to privatization | - | 99,225 | 1,866 | (46,383) | (52,225) | - | - | - | - | - | - | - | - | 2,483 | - | 2,483 |
| Deemed disposal of investment in a subsidiary | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,802 | 3,802 |
| Disposal of investment in a subsidiary | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (20,753) | (20,753) |
| Transfer from retained profits | - | - | - | - | - | - | - | 12,771 | - | - | - | - | (12,771) | - | - | - |
| Final 2015 dividend | - | (268,408) | - | - | - | - | - | - | - | - | - | - | - | (268,408) | - | (268,408) |
| At 31 December 2016 | 1,278,984 | 435,633* | - | -* | -* | 5,811* | 232,555* | 385,324* | 173,358* | 6,931* | (129,988)* | (1,184,283)* | 1,518,994* | 2,723,319 | 50,105 | 2,773,424 |

continued/…

EXHIBIT C

Page 46

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

Year ended 31 December 2017

| | Share capital HK$'000 (note 33) | Share premium account HK$'000 | Hedging reserve HK$'000 (note 28) | Contributed surplus HK$'000 (note 34) | Statutory reserve HK$'000 (note 34) | Available-for-sale investment revaluation reserve HK$'000 (note 19) | Share of other comprehensive income /(loss) HK$'000 | Other reserve HK$'000 (note 34) | Exchange fluctuation reserve HK$'000 | Retained losses HK$'000 | Total HK$'000 | Non-controlling interests HK$'000 | Total equity HK$'000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At 1 January 2017 | 1,278,984 | 435,633 | 5,811 | 232,555 | 385,324 | 173,358 | 6,931 | (129,988) | (1,184,283) | 1,518,994 | 2,723,319 | 50,105 | 2,773,424 |
| Loss for the year | - | - | - | - | - | - | - | - | - | (2,354,059) | (2,354,059) | 6,113 | (2,347,946) |
| Other comprehensive (loss)/income for the year: | | | | | | | | | | | | | |
| Share of other comprehensive loss of associates | - | - | - | - | - | - | (378) | - | - | - | (378) | - | (378) |
| Changes in fair value of available-for-sale investments, net of tax | - | - | - | - | - | (96,292) | - | - | - | - | (96,292) | - | (96,292) |
| Cash flow hedges, net of tax | - | - | (6,916) | - | - | - | - | - | - | - | (6,916) | - | (6,916) |
| Exchange differences on translation of foreign operations | - | - | - | - | - | - | - | - | 779,517 | - | 779,517 | - | 779,517 |
| Total comprehensive loss for the year | - | - | (6,916) | - | - | (96,292) | (378) | - | 779,517 | (2,354,059) | (1,678,128) | 6,113 | (1,672,015) |
| Acquisition of non-controlling interests | - | - | - | - | - | - | - | 901 | - | - | 901 | (4,916) | (4,015) |
| Cease of share award scheme due to privatisation | - | 5,483 | - | - | - | - | - | - | - | - | 5,483 | - | 5,483 |
| Acquisition of a subsidiary | - | - | - | - | - | - | - | (992,663) | - | - | (992,663) | - | (992,663) |
| Disposal of investments in subsidiaries | - | - | - | - | - | - | - | - | - | - | - | (44,642) | (44,642) |
| Transfer from retained profits | - | - | - | - | 672 | - | - | - | - | (672) | - | - | - |
| At 31 December 2017 | 1,278,984 | 441,116* | (1,105)* | 232,555* | 385,996* | 77,066* | 6,553* | (1,121,750)* | (404,766)* | (835,737)* | 58,912 | 6,660 | 65,572 |

* These reserve accounts comprise the consolidated reserves of HK$(1,220,072,000) (2016: HK$1,444,335,000) in the consolidated statement of financial position.

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

CONSOLIDATED STATEMENT OF CASH FLOWS

Year ended 31 December 2017

| | Notes | 2017 HK$'000 | 2016 HK$'000 (Restated) |
|---|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES | | | |
| Loss before tax | | (2,254,200) | (477,634) |
| Adjustments for: | | | |
| Share of profits and losses of joint ventures | 18 | 41 | 29,109 |
| Share of profits and losses of associates | 17 | 19,101 | 22,294 |
| Bank interest income | 7 | (22,472) | (38,680) |
| Dividend income from available-for-sale investments | 7 | (1,317) | (3,422) |
| Gain on disposal of prepaid land lease payment and affiliated buildings | 7 | (5,101) | - |
| Depreciation of property, plant and equipment | 8 | 191,273 | 210,822 |
| Depreciation of investment properties | 8 | 6,875 | 2,101 |
| Recognition of prepaid land lease payments | 8 | 1,769 | 2,181 |
| Amortisation of computer software, intellectual property and ALCATEL brand license | 8 | 58,590 | 55,985 |
| Amortisation of deferred development costs | 8 | 1,593,568 | 1,450,536 |
| Net loss/(gain) on disposal of items of property, plant and equipment | 8 | 3,723 | (5,396) |
| Loss on retirement and disposal of other intangible assets | | 38 | - |
| Equity-settled share option expense | 8 | - | 11,407 |
| Equity-settled share award scheme expense | 8 | - | 29,341 |
| Impairment losses of a listed available-for-sale investment | 8 | - | 10,721 |
| Impairment losses of unlisted available-for-sale investments | 8 | 17,618 | - |
| Impairment loss of an associate | 8 | 1,408 | - |
| Finance costs | 9 | 117,300 | 119,804 |
| Loss on deemed disposal of investments in a subsidiary | 8 | - | 6,729 |
| (Gain)/loss on disposal of investments in subsidiaries | 8 | (135,675) | 2,782 |
| Gain on disposal of an available-for-sale investment | 7 | (44,582) | - |
| | | (452,043) | 1,428,680 |
| | | | |
| Decrease/(increase) in inventories | | 1,127,264 | (527,213) |
| Decrease in trade receivables | | 737,251 | 1,825,010 |
| Decrease in factored trade receivables | | 41,501 | 174,092 |
| Decrease in notes receivable | | 10,407 | 863 |
| Decrease in prepayments, deposits and other receivables | | 225,528 | 367,091 |
| Increase in derivative financial instruments, net | | (14,049) | (13,644) |
| Increase in amounts due from related companies | | (112,780) | (646,159) |
| Increase in other non-current assets | | (34) | - |
| Decrease in trade and notes payables | | (1,625,574) | (504,089) |
| (Decrease)/increase in other payables and accruals | | (140,625) | 470,839 |
| Decrease in provision for warranties | | (26,821) | (106,123) |
| Increase in amounts due to related companies | | 218,994 | 87,137 |
| Increase/(decrease) in retirement indemnities | 30 | 192 | (1,379) |
| Decrease in long service medals | | (119) | (399) |
| Decrease in other non-current liabilities | | (4,891) | (105,199) |
| | | | |
| Cash generated from operations | | (15,799) | 2,449,507 |
| Tax paid | | (104,023) | (82,048) |
| Interest paid | | (112,451) | (124,707) |
| | | | |
| Net cash flows (used in)/from operating activities | | (232,273) | 2,242,752 |

continued/…

EXHIBIT C
Page 48

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

CONSOLIDATED STATEMENT OF CASH FLOWS

Year ended 31 December 2017

| | Notes | 2017HK$'000 | 2016HK$'000 (Restated) |
|---|---|---|---|
| Net cash flows (used in)/from operating activities | | (232,273) | 2,242,752 |
| | | | |
| CASH FLOWS FROM INVESTING ACTIVITIES | | | |
| Purchases of items of property, plant and equipment | | (194,040) | (269,867) |
| Additions to other intangible assets | | (1,087,593) | (1,428,354) |
| Proceeds from disposal of items of property, plant and equipment | | 3,519 | 35,716 |
| Proceeds from disposal of other intangible assets | | 1,664 | - |
| Proceeds from disposal of prepaid land lease payment and affiliated buildings | | 8,860 | - |
| Acquisition of subsidiaries under common control | 35 | 33,740 | - |
| Purchase of available-for-sale investments | | (15,523) | (8,542) |
| Deemed disposal of investment in a subsidiary | | - | (20,739) |
| Disposal of subsidiaries | | 17,328 | (52,436) |
| Disposal of an available-for-sale investment, net of tax | | 41,874 | - |
| Investment in an associate | | (2,327) | (31,034) |
| Investments in joint ventures | | - | (28,190) |
| Dividends received from available-for-sale investments | | 1,317 | 3,422 |
| Interest received | | 12,820 | 38,304 |
| | | | |
| Net cash flows used in investing activities | | (1,178,361) | (1,761,720) |
| | | | |
| CASH FLOWS FROM FINANCING ACTIVITIES | | | |
| Proceeds from issue of shares | | - | 39,907 |
| Acquisition of non-controlling interests | | (2,769) | (3,687) |
| Decrease in pledged deposits | | 118,382 | 689,060 |
| Decrease in bank advances on factored trade receivables | | (41,501) | (174,092) |
| New bank loans | 36 | 16,765,826 | 13,459,063 |
| Repayments of bank loans | 36 | (16,691,759) | (13,155,045) |
| New loans from a related company | 36 | 56,414 | 277,263 |
| Repayments of loans from a related company | 36 | (56,414) | (277,263) |
| Received dividend withdrawn from awarded shares | | 5,483 | - |
| Dividends paid | | - | (268,408) |
| | | | |
| Net cash flows from financing activities | | 153,662 | 586,798 |
| | | | |
| NET (DECREASE)/INCREASE IN CASH AND CASH EQUIVALENTS | | (1,256,972) | 1,067,830 |
| Cash and cash equivalents at beginning of year | | 1,028,695 | 565,707 |
| Effect of foreign exchange rate changes, net | | 721,100 | (604,842) |
| | | | |
| CASH AND CASH EQUIVALENTS AT END OF YEAR | | 492,823 | 1,028,695 |
| | | | |
| ANALYSIS OF BALANCES OF CASH AND CASH EQUIVALENTS | | | |
| Cash and cash equivalents as stated in the consolidated statement of financial position | 24 | 492,823 | 1,028,695 |

10

EXHIBIT C
Page 49

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

1. **CORPORATE AND GROUP INFORMATION**

TCL Communication Technology Holdings Limited (the "Company") was incorporated as an exempted company with limited liability in the Cayman Islands on 26 February 2004 under the Companies Law, CAP. 22 (Law 3 of 1961, as consolidated and revised) of the Cayman Islands. The principal office of the Company is located at 5th Floor, Building 22E, 22 Science Park East Avenue, Hong Kong Science Park, Shatin, New Territories, Hong Kong.

During the year, the Company and its subsidiaries (collectively referred to as the "Group") were principally engaged in the research and development, manufacture and sale of mobile devices and other products and rendering of services.

In the opinion of the directors of the Company, the immediate holding company and the ultimate holding company of the Company are T.C.L. Industries Holdings (H.K.) Limited, a company incorporated in Hong Kong, and TCL Corporation ("TCL Corporation", the ultimate holding company), a limited liability company registered in the People's Republic of China and listed on the Shenzhen Stock Exchange, respectively.

<u>Information about subsidiaries</u>
Particulars of the Company's principal subsidiaries are as follows:

| Name | Place of incorporation/ registration and business | Issued ordinary/ registered share capital | Percentage of equity attributable to the Company | | Principal activities |
|---|---|---|---|---|---|
| | | | Direct | Indirect | |
| TCL Mobile Communication (HK) Company Limited | Hong Kong | HK$5,000,000 | - | 100% | Distribution of mobile devices and components |
| Huizhou TCL Mobile Communication Co., Ltd. (note (i)) | The PRC/ Mainland China | US$199,600,000 | - | 100% | Manufacture and distribution of mobile devices and rendering of services |
| TCT Mobile Europe SAS | France | EUR23,031,072 | - | 100% | Development and distribution of mobile devices |
| TCT Mobile, S.A. DE C.V. | Mexico | MXP1,299,103,498 | - | 100% | Distribution of mobile devices |
| TCT Mobile International Limited | Hong Kong | HK$5,000,000 | - | 100% | Development and distribution of mobile devices and related components |
| JRD Communication (Shenzhen) Ltd (note (i)) | The PRC/ Mainland China | US$10,000,000 | - | 100% | Software development for mobile devices |
| "TMC Rus" Limited Liability Company | Russia | RUB10,000 | - | 100% | Distribution of mobile devices |
| JRD Communication Technology (Shanghai) Limited (note (i)) | The PRC/ Mainland China | US$10,000,000 | - | 100% | Software development for mobile devices |
| TCL Communication Technology (Chengdu) Limited (note (i)) | The PRC/ Mainland China | US$12,000,000 | - | 100% | Software development for mobile devices |

11

EXHIBIT C
Page 50

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

1.    **CORPORATE AND GROUP INFORMATION** (continued)

Information about subsidiaries (continued)

| Name | Place of incorporation/ registration and business | Issued ordinary/ registered share capital | Percentage of equity attributable to the Company Direct | Indirect | Principal activities |
|---|---|---|---|---|---|
| TCL Communication (Ningbo) Limited (note (i)) | The PRC/ Mainland China | US$3,000,000 | - | 100% | Hardware development for mobile devices |
| TCT Mobile - Telefones LTDA | Brazil | BRL611,727,800 | - | 100% | Distribution of mobile devices |
| TCT Mobile (US) Inc. | United States | US$1 | - | 100% | Distribution of mobile devices |
| Huizhou TCL Communication Electronic Limited | The PRC/ Mainland China | RMB30,000,000 | - | 100% | Development, manufacture and distribution of fixed line telephone products |
| TCT Mobile Overseas Limited | Hong Kong | HK$1 | - | 100% | Distribution of mobile devices |
| TCL Mobile Communication Technology (Ningbo) Limited (note (i)) | The PRC/ Mainland China | US$5,000,000 | - | 100% | Software development for mobile devices |
| Shenzhen TCL Creative Cloud Technology Co., Ltd | The PRC/ Mainland China | RMB60,000,000 | - | 100% | Software development for mobile devices |
| Huizhou TCL Cloud Technology Co Ltd | The PRC/ Mainland China | RMB40,000,000 | - | 100% | Software development for mobile devices |
| TCT Mobile Italy S.R.L. | Italy | EUR10,000 | - | 100% | Distribution of mobile devices |
| TCL Communication Limited | Hong Kong | HK$1 | - | 100% | Distribution of mobile devices |
| TCL Communication (Shenzhen) Limited (note(i)) | The PRC/ Mainland China | RMB120,000,000 | - | 100% | Distribution of mobile devices |

Note:

(i)      These are wholly-foreign-owned enterprises under the PRC law.

The above table lists the subsidiaries of the Company which, in the opinion of the directors of the Company, principally affected the results for the year or formed a substantial portion of the net assets of the Group. To give details of other subsidiaries would, in the opinion of the directors of the Company, result in particulars of excessive length.

EXHIBIT C
Page 51

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

2.    **BASIS OF PREPARATION**

These consolidated financial statements have been prepared in accordance with Hong Kong Financial Reporting Standards ("HKFRSs") (which include all Hong Kong Financial Reporting Standards, Hong Kong Accounting Standards ("HKASs") and Interpretations) issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA"), accounting principles generally accepted in Hong Kong and the disclosure requirements of the Hong Kong Companies Ordinance. They have been prepared under the historical cost convention, except for the forward currency contracts, interest rate swaps and listed equity investments which have been measured at fair value. These financial statements are presented in Hong Kong dollars ("HK$") and all values are rounded to the nearest thousand except when otherwise indicated.

**Going concern**

As at 31 December 2017, the Group's current liabilities exceeded its current assets by approximately HK$2,859,686,000. The directors of the Company have considered the following factors:

•    the Group's expected cash inflows from operating activities in 2018;

•    the directors of the Company are also confident that bank loans, which will expire during the next 12 months, could be renewed upon expiration based on the Group's past experience and credit standing; and

•    other available sources of financing from banks and the ultimate shareholder given the Group's credit history.

The directors of the Company believe that the Group has adequate resources to continue operation for the foreseeable future of not less than 12 months from the end of the reporting period. The directors of the Company therefore are of the opinion that it is appropriate to adopt the going concern basis in preparing the consolidated financial statements.

**Basis of consolidation**

The consolidated financial statements include the financial statements of the Company and its subsidiaries for the year ended 31 December 2017. A subsidiary is an entity (including a structured entity), directly or indirectly, controlled by the Company. Control is achieved when the Group is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee (i.e., existing rights that give the Group the current ability to direct the relevant activities of the investee).

When the Company has, directly or indirectly, less than a majority of the voting or similar rights of an investee, the Group considers all relevant facts and circumstances in assessing whether it has power over an investee, including:
(a) the contractual arrangement with the other vote holders of the investee;
(b) rights arising from other contractual arrangements; and
(c) the Group's voting rights and potential voting rights.

EXHIBIT C

Page 52

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

2.    **BASIS OF PREPARATION** (continued)

**Basis of consolidation** (continued)
The financial statements of the subsidiaries are prepared for the same reporting period as the Company, using consistent accounting policies. The results of subsidiaries are consolidated from the date on which the Group obtains control, and continue to be consolidated until the date that such control ceases.

Profit or loss and each component of other comprehensive income are attributed to the owners of the parent of the Group and to the non-controlling interests, even if this results in the non-controlling interests having a deficit balance. All intra-group assets and liabilities, equity, income, expenses and cash flows relating to transactions between members of the Group are eliminated in full on consolidation.

The Group reassesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of the three elements of control described above. A change in the ownership interest of a subsidiary, without a loss of control, is accounted for as an equity transaction.

If the Group loses control over a subsidiary, it derecognises (i) the assets (including goodwill) and liabilities of the subsidiary, (ii) the carrying amount of any non-controlling interest and (iii) the cumulative translation differences recorded in equity; and recognises (i) the fair value of the consideration received, (ii) the fair value of any investment retained and (iii) any resulting surplus or deficit in profit or loss. The Group's share of components previously recognised in other comprehensive income is reclassified to profit or loss or retained profits, as appropriate, on the same basis as would be required if the Group had directly disposed of the related assets or liabilities.

3.    **CHANGES IN ACCOUNTING POLICIES AND DISCLOSURES**

The Group has adopted the following revised HKFRSs for the first time for the current year's financial statements.

| | |
|---|---|
| Amendments to HKAS 7 | *Disclosure Initiative* |
| Amendments to HKAS 12 | *Recognition of Deferred Tax Assets for Unrealised Losses* |
| Amendments to HKFRS 12 included in *Annual Improvements to HKFRSs 2014-2016 Cycle* | *Disclosure of Interests in Other Entities: Clarification of the Scope of HKFRS 12* |

The nature and the impact of the amendments are described below:

(a)    Amendments to HKAS 7 require an entity to provide disclosures that enable users of financial statements to evaluate changes in liabilities arising from financing activities, including both changes arising from cash flows and non-cash changes. Disclosure of the changes in liabilities arising from financing activities is provided in note 36(b) to the financial statements.

EXHIBIT C
Page 53

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

3. **CHANGES IN ACCOUNTING POLICIES AND DISCLOSURES** (continued)

(b) Amendments to HKAS 12 clarify that an entity, when assessing whether taxable profits will be available against which it can utilise a deductible temporary difference, needs to consider whether tax law restricts the sources of taxable profits against which it may make deductions on the reversal of that deductible temporary difference. Furthermore, the amendments provide guidance on how an entity should determine future taxable profits and explain the circumstances in which taxable profit may include the recovery of some assets for more than their carrying amount. The amendments have had no impact on the financial position or performance of the Group as the Group has no deductible temporary differences or assets that are in the scope of the amendments.

(c) Amendments to HKFRS 12 clarify that the disclosure requirements in HKFRS 12, other than those disclosure requirements in paragraphs B10 to B16 of HKFRS 12, apply to an entity's interest in a subsidiary, a joint venture or an associate, or a portion of its interest in a joint venture or an associate that is classified as held for sale or included in a disposal group classified as held for sale. The amendments have had no impact on the Group's financial statements as no subsidiary classified as held for sale as at 31 December 2017 and so no additional information is required to be disclosed.

(d) The Group has changed the accounting policy voluntarily for government grants since 1 January 2017. The nature, reason and impact of the change are descried as below:

In accordance with HKAS 20 *Accounting for Government Grants and Disclosure of Government Assistance*, government grants related to income are presented as part of profit or loss, either separately or under a general heading such as "other income"; alternatively, they are deducted in reporting the related expense; government grants related to assets shall be presented in the statement of financial position either by setting up the grant as deferred income or by deducting the grant in arriving at the carrying amount of the asset.

Before 1 January 2017, being a subsidiary of TCL Corporation, the Company chose to apply the same accounting policy for government grant with TCL Corporation for the efficiency of financial reporting. TCL Corporation is registered in the PRC and prepared its consolidated financial statements in accordance with Accounting Standards for Business Enterprises ("ASBEs"), under which net government grants received against the related expenses or related carrying amount of assets are not allowed. Therefore, the Group presented all government grants related to income as "other revenue and gains" in the consolidated statement of profit or loss before 1 January 2017.

On 10 May 2017, the PRC Ministry of Finance announced amendments to ASBE 16 Government Grants (the "New ASBE 16"). New ASBE 16 has been applied to government grants subsisting as at 1 January 2017 on a retrospective basis. The New ASBE 16 permitted two presentation methods which is consistent with the requirement of HKAS 20.

EXHIBIT C

Page 54

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

3.  **CHANGES IN ACCOUNTING POLICIES AND DISCLOSURES** (continued)

    (d)  (continued)

    To reflect more accurately the substance, provide more relevant information to the users of its financial statements, and keep consistent with financial information prepared under ASBEs for the purpose of preparation of TCL Corporation's consolidated financial statements, which has already adopted the presentation of government grant as a deduction in reporting the related expenses since 1 January 2017, the Group has modified the presentation of the financial statements prepared in accordance with HKFRSs. Government grants relating to day-to-day activities and specifically applied for the reimbursement of incurred related costs and expenses have been removed from "other revenue and gains" in the consolidated statement of profit or loss and restated as set-off of related costs and expenses; remaining government grants relating to day-to-day activities are still recorded in "other revenue and gains" in the consolidated statement of profit or loss.

    The Group has adopted this change in accounting policy retrospectively and the effects on the consolidated financial statement are disclosed below:

    |  |  | Year ended 31 December 2017 HK$'000 | Year ended 31 December 2016 HK$'000 |
    |---|---|---|---|
    | Decrease in administrative expenses |  | 3,791 | 5,324 |
    | Decrease in cost of sales |  | 49,110 | 24,281 |
    | Decrease in finance cost |  | 1,389 | 1,326 |
    | Decrease in other income and gains |  | 54,290 | 30,931 |
    | (Increase)/decrease in loss before tax and loss for the year |  | - | - |

    |  | Notes | Year ended 31 December 2017 HK$'000 | Year ended 31 December 2016 HK$'000 |
    |---|---|---|---|
    | Decrease in property, plant and equipment | 12 | 62,046 | 56,809 |
    | Decrease in accumulated depreciation | 12 | 51,043 | 28,022 |
    | Decrease in other non-current liabilities |  | 11,003 | 28,787 |
    | Increase/(decrease) in net assets |  | - | - |

16

EXHIBIT C

Page 55

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

**4.    ISSUED BUT NOT YET EFFECTIVE HONG KONG FINANCIAL REPORTING STANDARDS**

The Group has not applied the following new and revised HKFRSs, that have been issued but are not yet effective, in these financial statements.

| | |
|---|---|
| Amendments to HKFRS 4 | *Applying HKFRS 9 Financial Instruments with HKFRS 4 Insurance Contracts*[1] |
| HKFRS 9 | *Financial Instruments*[1] |
| Amendments to HKFRS 9 | *Prepayment Features with Negative Compensation*[2] |
| Amendments to HKFRS 10 and HKAS 28 (2011) | *Sale or Contribution of Assets between an Investor and its Associate or Joint Venture*[3] |
| HKFRS 15 | *Revenue from Contracts with Customers*[1] |
| Amendments to HKFRS 15 | *Clarifications to HKFRS 15 Revenue from Contracts with Customers*[1] |
| HKFRS 16 | *Leases*[2] |
| Amendments to HKAS 40 | *Transfers of Investment Property*[1] |
| Amendments to HKAS 28 | *Long-term Interests in Associates and Joint Ventures*[2] |
| HK(IFRIC)-Int 22 | *Foreign Currency Transactions and Advance Consideration*[1] |
| HK(IFRIC)-Int 23 | *Uncertainty over Income Tax Treatments*[2] |
| *Annual Improvements 2014-2016* Cycle | Amendments to HKFRS 1 and HKAS 28[1] |
| *Annual Improvements 2015-2017 Cycle* | Amendments of a number of HKFRSs[2] |

[1]  Effective for annual periods beginning on or after 1 January 2018
[2]  Effective for annual periods beginning on or after 1 January 2019
[3]  No mandatory effective date determined but available for adoption

Further information about those HKFRSs that are expected to be applicable to the Group is described below.

In September 2014, the HKICPA issued the final version of HKFRS 9, bringing together all phases of the financial instruments project to replace HKAS 39 and all previous versions of HKFRS 9. The standard introduces new requirements for classification and measurement, impairment and hedge accounting. The Group will adopt HKFRS 9 from 1 January 2018. The Group will not restate comparative information and will recognise any transition adjustments against the opening balance of equity at 1 January 2018. During 2017, the Group has performed a detailed assessment of the impact of the adoption of HKFRS 9. The expected impacts relate to the classification and measurement and the impairment requirements are summarised as follows:

(a)    Classification and measurement
Upon adoption of HKFRS 9, the classification and measurement of financial assets depends on two assessments: the financial asset's contractual cash flow characteristics and the entity's business model for managing the financial asset. The Group does not expect that the adoption of HKFRS 9 will have a significant impact on the classification and measurement of its financial assets except:

•    the Group's equity investments currently classified as available-for-sale investments will be reclassified to financial assets at fair value through profit or loss or other comprehensive income;

•    the financial assets which are not held to collect contractual cash flows will be reclassified as financial assets at fair value through other comprehensive income or financial assets at fair value through profit or loss.

EXHIBIT C
Page 56

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

4.   **ISSUED BUT NOT YET EFFECTIVE HONG KONG FINANCIAL REPORTING STANDARDS** (continued)

   (a)   Classification and measurement (continued)
         If certain of equity investments currently held as available for sale will be measured at fair value through other comprehensive income as the investments are intended to be held for the foreseeable future and the Group expects to apply the option to present fair value changes in other comprehensive income, gains and losses recorded in other comprehensive income for the equity investments cannot be recycled to profit or loss when the investments are derecognised.

   (b)   Impairment
         HKFRS 9 requires an impairment on debt instruments recorded at amortised cost or at fair value through other comprehensive income, lease receivables, loan commitments and financial guarantee contracts that are not accounted for at fair value through profit or loss under HKFRS 9, to be recorded based on an expected credit loss model either on a twelve-month basis or a lifetime basis. The Group will apply the simplified approach and record lifetime expected losses that are estimated based on the present values of all cash shortfalls over the remaining life of all of its trade receivables. Furthermore, the Group will apply the general approach and record twelve-month expected credit losses that are estimated based on the possible default events on its other receivables and other debt instruments within the next twelve months. Based on the assessments undertaken to date, the Group does not expect a material change of the loss allowance for the Group's receivables and other debt investments.

         In general, the directors of the Company anticipate the application of the expected loss model of HKFRS 9 will result in earlier provision of credit losses which are not yet incurred in relation to the Group's financial assets measured at amortised costs and other items that subject to the impairment provisions upon application of HKFRS 9 by the Group.

   (c)   Hedging accounting
         As HKFRS 9 does not change the general principles of how an entity accounts for effective hedges, applying the hedging requirements of HKFRS 9 will not have a significant impact on the Group's financial statements.

         The management is assessing the impact since the adoption of the new amendments of hedging accounting from 1 January 2018.

Amendments to HKFRS 10 and HKAS 28 (2011) address an inconsistency between the requirements in HKFRS 10 and in HKAS 28 (2011) in dealing with the sale or contribution of assets between an investor and its associate or joint venture. The amendments require a full recognition of a gain or loss when the sale or contribution of assets between an investor and its associate or joint venture constitutes a business. For a transaction involving assets that do not constitute a business, a gain or loss resulting from the transaction is recognised in the investor's profit or loss only to the extent of the unrelated investor's interest in that associate or joint venture. The amendments are to be applied prospectively. The previous mandatory effective date of amendments to HKFRS 10 and HKAS 28 (2011) was removed by the HKICPA in January 2016 and a new mandatory effective date will be determined after the completion of a broader review of accounting for associates and joint ventures. However, the amendments are available for adoption now.

EXHIBIT C

Page 57

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

4.   **ISSUED BUT NOT YET EFFECTIVE HONG KONG FINANCIAL REPORTING STANDARDS**
(continued)

HKFRS 15, issued in July 2014, establishes a new five-step model to account for revenue arising from contracts with customers. Under HKFRS 15, revenue is recognised at an amount that reflects the consideration to which an entity expects to be entitled in exchange for transferring goods or services to a customer. The principles in HKFRS 15 provide a more structured approach for measuring and recognising revenue. The standard also introduces extensive qualitative and quantitative disclosure requirements, including disaggregation of total revenue, information about performance obligations, changes in contract asset and liability account balances between periods and key judgements and estimates. The standard will supersede all current revenue recognition requirements under HKFRSs. Either a full retrospective application or a modified retrospective adoption is required on the initial application of the standard. In June 2016, the HKICPA issued amendments to HKFRS 15 to address the implementation issues on identifying performance obligations, application guidance on principal versus agent and licences of intellectual property, and transition. The amendments are also intended to help ensure a more consistent application when entities adopt HKFRS 15 and decrease the cost and complexity of applying the standard. The Group will adopt HKFRS 15 from 1 January 2018 and plans to adopt the transitional provisions in HKFRS 15 to recognise the cumulative effect of initial adoption as an adjustment to the opening balance of retained earnings at 1 January 2018. In addition, the Group plans to apply the new requirements only to contracts that are not completed before 1 January 2018. The Group expects that the transitional adjustment to be made on 1 January 2018 upon initial adoption of HKFRS 15 will not be material. However, the expected changes in accounting policies, and presentation and disclosures as further explained below, will have a material impact on the Group's financial statements from 2018 onwards. During 2017, the Group has performed a detailed assessment on the impact of the adoption of HKFRS 15.

The Group's principal activities consist of research and development, manufacture and sale of mobile devices and other products and rendering of services. The expected impacts arising from the adoption of HKFRS 15 on the Group are summarised as follows:

Presentation and disclosure
The presentation and disclosure requirements in HKFRS 15 are more detailed than those under the current HKAS 18. The presentation requirements represent a significant change from current practice and will significantly increase the volume of disclosures required in the Group's financial statements. Many of the disclosure requirements in HKFRS 15 are new and the Group has assessed that the impact of some of these disclosure requirements will be significant. In particular, the Group expects that the notes to the financial statements will be expanded because of the disclosure of significant judgements made on determining the transaction prices of those contracts that include variable consideration, how the transaction prices have been allocated to the performance obligations, and the assumptions made to estimate the stand-alone selling price of each performance obligation. In addition, as required by HKFRS 15, the Group will disaggregate revenue recognised from contracts with customers into categories that depict how the nature, amount, timing and uncertainty of revenue and cash flows are affected by economic factors. It will also disclose information about the relationship between the disclosure of disaggregated revenue and revenue information disclosed for each reportable segment.

EXHIBIT C

Page 58

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

4. **ISSUED BUT NOT YET EFFECTIVE HONG KONG FINANCIAL REPORTING STANDARDS** (continued)

HKFRS 16, issued in May 2016, replaces HKAS 17 *Leases*, HK(IFRIC)-Int 4 *Determining whether an Arrangement contains a Lease,* HK(SIC)-Int 15 *Operating Leases - Incentives* and HK(SIC)-Int 27 *Evaluating the Substance of Transactions Involving the Legal Form of a Lease.* The standard sets out the principles for the recognition, measurement, presentation and disclosure of leases and requires lessees to recognise assets and liabilities for most leases. The standard includes two recognition exemptions for lessees-leases of low-value assets and short-term leases. At the commencement date of a lease, a lessee will recognise a liability to make lease payments (i.e., the lease liability) and an asset representing the right to use the underlying asset during the lease term (i.e., the right-of-use asset). The right-of-use asset is subsequently measured at cost less accumulated depreciation and any impairment losses unless the right-of-use asset meets the definition of investment property in HKAS 40, or relates to a class of property, plant and equipment to which the revaluation model is applied. The lease liability is subsequently increased to reflect the interest on the lease liability and reduced for the lease payments. Lessees will be required to separately recognise the interest expense on the lease liability and the depreciation expense on the right-of-use asset. Lessees will also be required to remeasure the lease liability upon the occurrence of certain events, such as change in the lease term and change in future lease payments resulting from a change in an index or rate used to determine those payments. Lessees will generally recognise the amount of the remeasurement of the lease liability as an adjustment to the right-of-use asset. Lessor accounting under HKFRS 16 is substantially unchanged from the accounting under HKAS 17. Lessors will continue to classify all leases using the same classification principle as in HKAS 17 and distinguish between operating leases and finance leases. HKFRS 16 requires lessees and lessors to make more extensive disclosures than under HKAS 17. Lessees can choose to apply the standard using either a full retrospective or a modified retrospective approach. The Group expects to adopt HKFRS 16 from 1 January 2019. The Group is currently assessing the impact of HKFRS 16 upon adoption and is considering whether it will choose to take advantage of the practical expedients available and which transition approach and reliefs will be adopted. As disclosed in note 38(b) to the financial statements, at 31 December 2017, the Group had future minimum lease payments under non-cancellable operating leases in aggregate of approximately HK$149,901,000 (note 38(b)). Upon adoption of HKAS 16, certain amounts included therein may need to be recognised as new right-of-use assets and lease liabilities. Further analysis, however, will be needed to determine the amount of new rights of use assets and lease liabilities to be recognised, including, but not limited to, any amounts relating to leases of low-value assets and short term leases, other practical expedients and reliefs chosen, and new leases entered into before the date of adoption.

Amendments to HKAS 40, issued in April 2017, clarify when an entity should transfer property, including property under construction or development, into or out of investment property. The amendments state that a change in use occurs when the property meets, or ceases to meet, the definition of investment property and there is evidence of the change in use. A mere change in management's intentions for the use of a property does not provide evidence of a change in use. The amendments should be applied prospectively to the changes in use that occur on or after the beginning of the annual reporting period in which the entity first applies the amendments. An entity should reassess the classification of property held at the date that it first applies the amendments and, if applicable, reclassify property to reflect the conditions that exist at that date. Retrospective application is only permitted if it is possible without the use of hindsight. The Group expects to adopt the amendments prospectively from 1 January 2018. The amendments are not expected to have any significant impact on the Group's financial statements.

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

4.   **ISSUED BUT NOT YET EFFECTIVE HONG KONG FINANCIAL REPORTING STANDARDS** (continued)

HK(IFRIC)-Int 22, issued in June 2017, provides guidance on how to determine the date of the transaction when applying HKAS 21 to the situation where an entity receives or pays advance consideration in a foreign currency and recognises a non-monetary asset or liability. The interpretation clarifies that the date of the transaction for the purpose of determining the exchange rate to use on initial recognition of the related asset, expense or income (or part of it) is the date on which an entity initially recognises the non-monetary asset (such as a prepayment) or non-monetary liability (such as deferred income) arising from the payment or receipt of the advance consideration. If there are multiple payments or receipts in advance of recognising the related item, the entity must determine the transaction date for each payment or receipt of the advance consideration. Entities may apply the interpretation on a full retrospective basis or on a prospective basis, either from the beginning of the reporting period in which the entity first applies the interpretation or the beginning of the prior reporting period presented as comparative information in the financial statements of the reporting period in which the entity first applies the interpretation. The Group expects to adopt the interpretation prospectively from 1 January 2018. The amendments are not expected to have any significant impact on the Group's financial statements.

HK(IFRIC)-Int 23, issued in July 2017, addresses the accounting for income taxes (current and deferred) when tax treatments involve uncertainty that affects the application of HKAS 12 (often referred to as "uncertain tax positions"). The interpretation does not apply to taxes or levies outside the scope of HKAS 12, nor does it specifically include requirements relating to interest and penalties associated with uncertain tax treatments. The interpretation specifically addresses (i) whether an entity considers uncertain tax treatments separately; (ii) the assumptions an entity makes about the examination of tax treatments by taxation authorities; (iii) how an entity determines taxable profits or tax losses, tax bases, unused tax losses, unused tax credits and tax rates; and (iv) how an entity considers changes in facts and circumstances. The interpretation is to be applied retrospectively, either fully retrospectively without the use of hindsight or retrospectively with the cumulative effect of application as an adjustment to the opening equity at the date of initial application, without the restatement of comparative information. The Group expects to adopt the interpretation from 1 January 2019. The amendments are not expected to have any significant impact on the Group's financial statements.

5.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Investments in associates and joint ventures**
An associate is an entity in which the Group has a long-term interest of generally not less than 20% of the equity voting rights and over which it is in a position to exercise significant influence. Significant influence is the power to participate in the financial and operating policy decisions of the investee, but is not control or joint control over those policies.

A joint venture is a type of joint arrangement whereby the parties that have joint control of the arrangement have rights to the net assets of the joint venture. Joint control is the contractually agreed sharing of control of an arrangement, which exists only when decisions about the relevant activities require the unanimous consent of the parties sharing control.

The Group's investments in associates and joint ventures are stated in the consolidated statement of financial position at the Group's share of net assets under the equity method of accounting, less any impairment losses.

EXHIBIT C

Page 60

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Investments in associates and joint ventures** (continued)
The Group's share of the post-acquisition results and other comprehensive income of associates and joint ventures is included in the consolidated statement of profit or loss and consolidated other comprehensive income, respectively. In addition, when there has been a change recognised directly in the equity of the associate or joint venture, the Group recognises its share of any changes, when applicable, in the consolidated statement of changes in equity. Unrealised gains and losses resulting from transactions between the Group and its associates or joint ventures are eliminated to the extent of the Group's investments in the associates or joint ventures, except where unrealised losses provide evidence of an impairment of the assets transferred. Goodwill arising from the acquisition of associates or joint ventures is included as part of the Group's investments in associates or joint ventures.

If an investment in an associate becomes an investment in a joint venture or vice versa, the retained interest is not remeasured. Instead, the investment continues to be accounted for under the equity method. In all other cases, upon loss of significant influence over the associate or joint control over the joint venture, the Group measures and recognises any retained investment at its fair value. Any difference between the carrying amount of the associate or joint venture upon loss of significant influence or joint control and the fair value of the retained investment and proceeds from disposal is recognised in profit or loss.

**Business combinations (other than business combinations of entities under common control) and goodwill**
Business combinations are accounted for using the acquisition method. The consideration transferred is measured at the acquisition date fair value which is the sum of the acquisition date fair values of assets transferred by the Group, liabilities assumed by the Group to the former owners of the acquiree and the equity interests issued by the Group in exchange for control of the acquiree. For each business combination, the Group elects whether to measure the non-controlling interests in the acquiree that are present ownership interests and entitle their holders to a proportionate share of net assets in the event of liquidation at fair value or at the proportionate share of the acquiree's identifiable net assets. All other components of non-controlling interests are measured at fair value. Acquisition-related costs are expensed as incurred.

When the Group acquires a business, it assesses the financial assets and liabilities assumed for appropriate classification and designation in accordance with the contractual terms, economic circumstances and pertinent conditions as at the acquisition date. This includes the separation of embedded derivatives in host contracts of the acquiree.

If the business combination is achieved in stages, the previously held equity interest is remeasured at its acquisition date fair value and any resulting gain or loss is recognised in profit or loss.

Any contingent consideration to be transferred by the acquirer is recognised at fair value at the acquisition date. Contingent consideration classified as an asset or liability is measured at fair value with changes in fair value recognised in profit or loss. Contingent consideration that is classified as equity is not remeasured and subsequent settlement is accounted for within equity.

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Business combinations (other than business combinations of entities under common control) and goodwill** (continued)
Goodwill is initially measured at cost, being the excess of the aggregate of the consideration transferred, the amount recognised for non-controlling interests and any fair value of the Group's previously held equity interests in the acquiree over the identifiable net assets acquired and liabilities assumed. If the sum of this consideration and other items is lower than the fair value of the net assets acquired, the difference is, after reassessment, recognised in profit or loss as a gain on bargain purchase.

After initial recognition, goodwill is measured at cost less any accumulated impairment losses. Goodwill is tested for impairment annually or more frequently if events or changes in circumstances indicate that the carrying value may be impaired. The Group performs its annual impairment test of goodwill as at 31 December. For the purpose of impairment testing, goodwill acquired in a business combination is, from the acquisition date, allocated to each of the Group's cash-generating units, or groups of cash-generating units, that are expected to benefit from the synergies of the combination, irrespective of whether other assets or liabilities of the Group are assigned to those units or groups of units.

Impairment is determined by assessing the recoverable amount of the cash-generating unit (group of cash-generating units) to which the goodwill relates. Where the recoverable amount of the cash-generating unit (group of cash-generating units) is less than the carrying amount, an impairment loss is recognised. An impairment loss recognised for goodwill is not reversed in a subsequent period.

Where goodwill has been allocated to a cash-generating unit (or group of cash-generating units) and part of the operation within that unit is disposed of, the goodwill associated with the operation disposed of is included in the carrying amount of the operation when determining the gain or loss on the disposal. Goodwill disposed of in these circumstances is measured based on the relative value of the operation disposed of and the portion of the cash-generating unit retained.

**Business combinations of entities under common control**
Business combinations of entities under common control are accounted for using the pooling of interests method with no restatement of financial information in the consolidated financial statements for periods prior to the completion of the combination under common control. Under the pooling of interests method, the assets and liabilities of the combining entities are reflected at their existing carrying values at the date of combination. No amount is recognised in respect of goodwill. The excess of the acquirer's interest in the net fair value of acquiree's identifiable assets, liabilities and contingent liabilities over cost at the time of common control combination, which, instead, is recorded as part of equity.

23

EXHIBIT C
Page 62

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Fair value measurement**

The Group measures derivative financial instruments and listed equity investments at fair value at the end of each reporting period. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The fair value measurement is based on the presumption that the transaction to sell the asset or transfer the liability takes place either in the principal market for the asset or liability, or in the absence of a principal market, in the most advantageous market for the asset or liability. The principal or the most advantageous market must be accessible by the Group. The fair value of an asset or a liability is measured using the assumptions that market participants would use when pricing the asset or liability, assuming that market participants act in their economic best interest.

A fair value measurement of a non-financial assets takes into account a market participant's ability to generate economic benefits by using the asset in its highest and best use or by selling it to another market participant that would use the asset in its highest and best use.

The Group uses valuation techniques that are appropriate in the circumstances and for which sufficient data are available to measure fair value, maximising the use of relevant observable inputs and minimising the use of unobservable inputs.

All assets and liabilities for which fair value is measured or disclosed in the financial statements are categorised within the fair value hierarchy, described as follows, based on the lowest level input that is significant to the fair value measurement as a whole:

Level 1 –    based on quoted prices (unadjusted) in active markets for identical assets or liabilities
Level 2 –    based on valuation techniques for which the lowest level input that is significant to the fair value measurement is observable, either directly or indirectly
Level 3 –    based on valuation techniques for which the lowest level input that is significant to the fair value measurement is unobservable

For assets and liabilities that are recognised in the financial statements on a recurring basis, the Group determines whether transfers have occurred between levels in the hierarchy by reassessing categorisation (based on the lowest level input that is significant to the fair value measurement as a whole) at the end of each reporting period.

**Impairment of non-financial assets**

Where an indication of impairment exists, or when annual impairment testing for an asset is required (other than inventories, deferred tax assets, financial assets, other non-current assets and a disposal group reclassified as held for sale), the asset's recoverable amount is estimated. An asset's recoverable amount is the higher of the asset's or cash-generating unit's value in use and its fair value less costs of disposal, and is determined for an individual asset, unless the asset does not generate cash inflows that are largely independent of those from other assets or groups of assets, in which case the recoverable amount is determined for the cash-generating unit to which the asset belongs.

24

EXHIBIT C

Page 63

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Impairment of non-financial assets** (continued)
An impairment loss is recognised only if the carrying amount of an asset exceeds its recoverable amount. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset. An impairment loss is charged to the statement of profit or loss in the period in which it arises in those expense categories consistent with the function of the impaired asset.

An assessment is made at the end of each reporting period as to whether there is an indication that previously recognised impairment losses may no longer exist or may have decreased. If such an indication exists, the recoverable amount is estimated. A previously recognised impairment loss of an asset other than goodwill is reversed only if there has been a change in the estimates used to determine the recoverable amount of that asset, but not to an amount higher than the carrying amount that would have been determined (net of any depreciation/amortisation) had no impairment loss been recognised for the asset in prior years. A reversal of such an impairment loss is credited to the statement of profit or loss in the period in which it arises.

**Related parties**
A party is considered to be related to the Group if:

(a)  the party is a person or a close member of that person's family and that person

     (i)  has control or joint control over the Group;
     (ii)  has significant influence over the Group; or
     (iii)  is a member of the key management personnel of the Group or of a parent of the Group;

or

(b)  the party is an entity where any of the following conditions applies:

     (i)  the entity and the Group are members of the same group;
     (ii)  one entity is an associate or joint venture of the other entity (or of a parent, subsidiary or fellow subsidiary of the other entity);
     (iii)  the entity and the Group are joint ventures of the same third party;
     (iv)  one entity is a joint venture of a third entity and the other entity is an associate of the third entity;
     (v)  the entity is a post-employment benefit plan for the benefit of employees of either the Group or an entity related to the Group;
     (vi)  the entity is controlled or jointly controlled by a person identified in (a);
     (vii)  a person identified in (a)(i) has significant influence over the entity or is a member of the key management personnel of the entity (or of a parent of the entity); and
     (viii)  the entity, or any member of a group of which it is a part, provides key management personnel services to the Group or to the parent of the Group.

25

EXHIBIT C

Page 64

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Property, plant and equipment and depreciation**

Property, plant and equipment, other than construction in progress, are stated at cost less accumulated depreciation and any impairment losses. When an item of property, plant and equipment is classified as held for sale or when it is part of a disposal group classified as held for sale, it is not depreciated and is accounted for in accordance with HKFRS 5. The cost of an item of property, plant and equipment comprises its purchase price and any directly attributable costs of bringing the asset to its working condition and location for its intended use.

Expenditure incurred after items of property, plant and equipment have been put into operation, such as repairs and maintenance, is normally charged to the statement of profit or loss in the period in which it is incurred. In situations where the recognition criteria are satisfied, the expenditure for a major inspection is capitalised in the carrying amount of the asset as a replacement. Where significant parts of property, plant and equipment are required to be replaced at intervals, the Group recognises such parts as individual assets with specific useful lives and depreciates them accordingly.

Depreciation is calculated on the straight-line basis to write off the cost of each item of property, plant and equipment to its residual value over its estimated useful life. The principal annual rates used for this purpose are as follows:

| | |
|---|---|
| Buildings | 2.4% to 10.0% |
| Plant and machinery | 9.0% to 18.0% |
| Furniture, fixtures, office equipment and research and development equipment | 18.0% to 50.0% |
| Motor vehicles | 15.0% to 22.5% |

Where parts of an item of property, plant and equipment have different useful lives, the cost of that item is allocated on a reasonable basis among the parts and each part is depreciated separately. Residual values, useful lives and the depreciation method are reviewed, and adjusted if appropriate, at least at each financial year end.

An item of property, plant and equipment including any significant part initially recognised is derecognised upon disposal or when no future economic benefits are expected from its use or disposal. Any gain or loss on disposal or retirement recognised in the statement of profit or loss in the year the asset is derecognised is the difference between the net sales proceeds and the carrying amount of the relevant asset.

Construction in progress represents a building under construction, which is stated at cost less any impairment losses, and is not depreciated. Cost comprises the direct costs of construction and capitalised borrowing costs on related borrowed funds during the period of construction. Construction in progress is reclassified to the appropriate category of property, plant and equipment when completed and ready for use.

EXHIBIT C

Page 65

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Investment properties**

Investment properties are interests in land and buildings held to earn rental income and/or for capital appreciation, rather than for use in the production or supply of goods or services or for administrative purposes; or for sale in the ordinary course of business. Such properties are measured and stated at cost, including transaction costs, less accumulated depreciation and any impairment losses.

Depreciation is calculated on the straight-line basis to write off the cost of each item of investment properties to its residual value over its estimated useful life. The principal annual rates used for this purpose are as follows:

| | |
|---|---|
| Buildings | 2.4% to 9.0% |
| Prepaid land lease payments | 1.4% to 2.0% |

Any gains or losses on the retirement or disposal of an investment property are recognised in the statement of profit or loss in the year of the retirement or disposal.

**Intangible assets (other than goodwill)**

Intangible assets acquired separately are measured on initial recognition at cost. The cost of intangible assets acquired in a business combination is the fair value at the date of acquisition. The useful lives of intangible assets are assessed to be either finite or indefinite. Intangible assets with finite lives are subsequently amortised over the useful economic life and assessed for impairment whenever there is an indication that the intangible asset may be impaired. The amortisation period and the amortisation method for an intangible asset with a finite useful life are reviewed at least at each financial year end.

Intangible assets with indefinite useful lives are tested for impairment annually either individually or at the cash-generating unit level. Such intangible assets are not amortised. The useful life of an intangible asset with an indefinite life is reviewed annually to determine whether the indefinite life assessment continues to be supportable. If not, the change in the useful life assessment from indefinite to finite is accounted for on a prospective basis.

*Research and development costs*

All research costs are charged to the statement of profit or loss as incurred.

Expenditure incurred on projects to develop new products is capitalised and deferred only when the Group can demonstrate the technical feasibility of completing the intangible asset so that it will be available for use or sale, its intention to complete and its ability to use or sell the asset, how the asset will generate future economic benefits, the availability of resources to complete the project and the ability to measure reliably the expenditure during the development. Product development expenditure which does not meet these criteria is expensed when incurred.

Deferred development costs are stated at cost less any impairment losses and are amortised on a systematic basis with reference to projected sales volume, upon future sales volume of related products.

EXHIBIT C

Page 66

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Intangible assets (other than goodwill)** (continued)
*Computer software*
Purchased computer software is stated at cost, less any impairment losses, and is amortised on the straight-line basis over its estimated useful lives of 1–10 years.

*Intellectual property*
Purchased intellectual property with finite useful life is stated at cost, less any impairment losses, and is amortised on the straight-line basis over its estimated useful lives of 6–40 years.

Purchased intellectual property with indefinite useful life is stated at cost, less any identified impairment losses.

*Golf club membership*
Golf club membership has an indefinite useful life and is stated at cost, less any identified impairment losses.

*ALCATEL brand license*
ALCATEL brand license is stated at cost, less any impairment losses, and is amortised on the straight-line basis over its contracted useful life of 13.5 years.

**Leases**
Leases where substantially all the rewards and risks of ownership of assets remain with the lessor are accounted for as operating leases. Where the Group is the lessor, assets leased by the Group under operating leases are included in non-current assets, and rentals receivable under the operating leases are credited to the statement of profit or loss on the straight-line basis over the lease terms. Where the Group is the lessee, rentals payable under operating leases net of any incentives received from the lessor are charged to the statement of profit or loss on the straight-line basis over the lease terms.

Prepaid land lease payments under operating leases are initially stated at cost and subsequently recognised on the straight-line basis over the lease terms.

**Investments and other financial assets**
*Initial recognition and measurement*
Financial assets are classified, at initial recognition, as financial assets at fair value through profit or loss, loans and receivables and available-for-sale financial investments, or as derivatives designated as hedging instruments in an effective hedge, as appropriate. When financial assets are recognised initially, they are measured at fair value plus transaction costs that are attributable to the acquisition of the financial assets, except in the case of financial assets recorded at fair value through profit or loss.

All regular way purchases and sales of financial assets are recognised on the trade date, that is, the date that the Group commits to purchase or sell the asset. Regular way purchases or sales are purchases or sales of financial assets that require delivery of assets within the period generally established by regulation or convention in the marketplace.

EXHIBIT C

Page 67

Case 8:20-cv-00892-JWS-ADS Document 1-20 Filed 11/06/20 Page 33 of 90 Page ID #:323

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Investments and other financial assets** (continued)
*Subsequent measurement*
The subsequent measurement of financial assets depends on their classification as follows:

*Financial assets at fair value through profit or loss*
Financial assets at fair value through profit or loss include financial assets held for trading and financial assets designated upon initial recognition as at fair value through profit or loss. Financial assets are classified as held for trading if they are acquired for the purpose of sale in the near term. Derivatives, including separated embedded derivatives, are also classified as held for trading unless they are designated as effective hedging instruments as defined by HKAS 39.

Financial assets at fair value through profit or loss are carried in the statement of financial position at fair value with positive net changes in fair value presented as other income and gains and negative net changes in fair value presented as other expense in the statement of profit or loss. These net fair value changes do not include any dividends or interest earned on these financial assets, which are recognised in accordance with the policies set out for "Revenue recognition" below.

Financial assets designated upon initial recognition as at fair value through profit or loss are designated at the date of initial recognition and only if the criteria in HKAS 39 are satisfied.

Derivatives embedded in host contracts are accounted for as separate derivatives and recorded at fair value if their economic characteristics and risks are not closely related to those of the host contracts and the host contracts are not held for trading or designated as at fair value through profit or loss. These embedded derivatives are measured at fair value with changes in fair value recognised in the statement of profit or loss. Reassessment only occurs if there is either a change in the terms of the contract that significantly modifies the cash flows that would otherwise be required or a reclassification of a financial asset out of the fair value through profit or loss category.

*Loans and receivables*
Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. After initial measurement, such assets are subsequently measured at amortised cost using the effective interest rate method less any allowance for impairment. Amortised cost is calculated by taking into account any discount or premium on acquisition and includes fees or costs that are an integral part of the effective interest rate. The effective interest rate amortisation is included in other income and gains in the statement of profit or loss. The loss arising from impairment is recognised in the statement of profit or loss in finance cost for loans and in administrative expenses for receivables.

29
EXHIBIT C
Page 68

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5. **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Investments and other financial assets** (continued)
*Subsequent measurement* (continued)
*Available-for-sale financial investments*

Available-for-sale financial investments are non-derivative financial assets in listed and unlisted equity investments and debt securities. Equity investments classified as available for sale are those which are neither classified as held for trading nor designated as at fair value through profit or loss. Debt securities in this category are those which are intended to be held for an indefinite period of time and which may be sold in response to needs for liquidity or in response to changes in market conditions.

After initial recognition, available-for-sale financial investments are subsequently measured at fair value, with unrealised gains or losses recognised as other comprehensive income in the available-for-sale investment revaluation reserve until the investment is derecognised, at which time the cumulative gain or loss is recognised in the statement of profit or loss in other income or other expense, or until the investment is determined to be impaired, when the cumulative gain or loss is reclassified from the available-for-sale investment revaluation reserve to the statement of profit or loss in administrative expenses. Interest and dividends earned whilst holding the available-for-sale financial investments are reported as interest income and dividend income, respectively and are recognised in the statement of profit or loss as other income in accordance with the policies set out for "Revenue recognition" below.

When the fair value of unlisted equity investments cannot be reliably measured because (a) the variability in the range of reasonable fair value estimates is significant for that investment or (b) the probabilities of the various estimates within the range cannot be reasonably assessed and used in estimating fair value, such investments are stated at cost less any impairment losses.

The Group evaluates whether the ability and intention to sell its available-for-sale financial assets in the near term are still appropriate. When, in rare circumstances, the Group is unable to trade these financial assets due to inactive markets, the Group may elect to reclassify these financial assets if management has the ability and intention to hold the assets for the foreseeable future or until maturity.

For a financial asset reclassified from the available-for-sale category, the fair value carrying amount at the date of reclassification becomes its new amortised cost and any previous gain or loss on that asset that has been recognised in equity is amortised to profit or loss over the remaining life of the investment using the effective interest rate. Any difference between the new amortised cost and the maturity amount is also amortised over the remaining life of the asset using the effective interest rate. If the asset is subsequently determined to be impaired, then the amount recorded in equity is reclassified to the statement of profit or loss.

EXHIBIT C

Page 69

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Derecognition of financial assets**

A financial asset (or, where applicable, a part of a financial asset or part of a group of similar financial assets) is primarily derecognised (i.e., removed from the Group's consolidated statement of financial position) when:

- the rights to receive cash flows from the asset have expired; or

- the Group has transferred its rights to receive cash flows from the asset or has assumed an obligation to pay the received cash flows in full without material delay to a third party under a "pass-through" arrangement; and either (a) the Group has transferred substantially all the risks and rewards of the asset, or (b) the Group has neither transferred nor retained substantially all the risks and rewards of the asset, but has transferred control of the asset.

When the Group has transferred its rights to receive cash flows from an asset or has entered into a pass-through arrangement, it evaluates if and to what extent it has retained the risk and rewards of ownership of the asset. When it has neither transferred nor retained substantially all the risks and rewards of the asset nor transferred control of the asset, the Group continues to recognise the transferred asset to the extent of the Group's continuing involvement. In that case, the Group also recognises an associated liability. The transferred asset and the associated liability are measured on a basis that reflects the rights and obligations that the Group has retained.

Continuing involvement that takes the form of a guarantee over the transferred asset is measured at the lower of the original carrying amount of the asset and the maximum amount of consideration that the Group could be required to repay.

**Impairment of financial assets**

The Group assesses at the end of each reporting period whether there is objective evidence that a financial asset or a group of financial assets is impaired. An impairment exists if one or more events that occurred after the initial recognition of the asset have an impact on the estimated future cash flows of the financial asset or the group of financial assets that can be reliably estimated. Evidence of impairment may include indications that a debtor or a group of debtors is experiencing significant financial difficulty, default or delinquency in interest or principal payments, the probability that they will enter bankruptcy or other financial reorganisation and observable data indicating that there is a measurable decrease in the estimated future cash flows, such as changes in arrears or economic conditions that correlate with defaults.

EXHIBIT C

Page 70

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Impairment of financial assets** (continued)
*Financial assets carried at amortised cost*
For financial assets carried at amortised cost, the Group first assesses whether impairment exists individually for financial assets that are individually significant, or collectively for financial assets that are not individually significant. If the Group determines that no objective evidence of impairment exists for an individually assessed financial asset, whether significant or not, it includes the asset in a group of financial assets with similar credit risk characteristics and collectively assesses them for impairment. Assets that are individually assessed for impairment and for which an impairment loss is, or continues to be, recognised are not included in a collective assessment of impairment.

The amount of any impairment loss identified is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows (excluding future credit losses that have not yet been incurred). The present value of the estimated future cash flows is discounted at the financial asset's original effective interest rate (i.e., the effective interest rate computed at initial recognition).

The carrying amount of the asset is reduced through the use of an allowance account and the loss is recognised in the statement of profit or loss. Interest income continues to be accrued on the reduced carrying amount using the rate of interest used to discount the future cash flows for the purpose of measuring the impairment loss. Loans and receivables together with any associated allowance are written off when there is no realistic prospect of future recovery and all collateral has been realised or has been transferred to the Group.

If, in a subsequent period, the amount of the estimated impairment loss increases or decreases because of an event occurring after the impairment was recognised, the previously recognised impairment loss is increased or reduced by adjusting the allowance account. If a write-off is later recovered, the recovery is credited to administrative expenses in the statement of profit or loss.

*Available-for-sale financial investments*
For available-for-sale financial investments, the Group assesses at the end of each reporting period whether there is objective evidence that an investment or a group of investments is impaired.

If an available-for-sale asset is impaired, an amount comprising the difference between its cost (net of any principal payment and amortisation) and its current fair value, less any impairment loss previously recognised in the statement of profit or loss, is removed from other comprehensive income and recognised in the statement of profit or loss.

In the case of equity investments classified as available for sale, objective evidence would include a significant or prolonged decline in the fair value of an investment below its cost. "Significant" is evaluated against the original cost of the investment and "prolonged" against the period in which the fair value has been below its original cost. Where there is evidence of impairment, the cumulative loss - measured as the difference between the acquisition cost and the current fair value, less any impairment loss on that investment previously recognised in the statement of profit or loss - is removed from other comprehensive income and recognised in the statement of profit or loss. Impairment losses on equity instruments classified as available for sale are not reversed through the statement of profit or loss. Increases in their fair value after impairment are recognised directly in other comprehensive income.

The determination of what is "significant" or "prolonged" requires judgement. In making this judgement, the Group evaluates, among other factors, the duration or extent to which the fair value of an investment is less than its cost.

32

EXHIBIT C
Page 71

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Financial liabilities**
*Initial recognition and measurement*
Financial liabilities are classified, at initial recognition, as financial liabilities at fair value through profit or loss, loans and borrowings, or as derivatives designated as hedging instruments in an effective hedge, as appropriate.

All financial liabilities are recognised initially at fair value and, in the case of loans and borrowings, net of directly attributable transaction costs.

The Group's financial liabilities include trade and notes payables, bank advances on factored trade receivables, other payables, amounts due to related companies, derivative financial instruments and interest-bearing bank borrowings.

*Subsequent measurement*
The subsequent measurement of financial liabilities depends on their classification as follows:

*Financial liabilities at fair value through profit or loss*
Financial liabilities at fair value through profit or loss include financial liabilities held for trading and financial liabilities designated upon initial recognition as at fair value through profit or loss.

Financial liabilities designated upon initial recognition as at fair value through profit or loss are designated at the date of initial recognition and only if the criteria in HKAS 39 are satisfied.

*Loans and borrowings*
After initial recognition, interest-bearing loans and borrowings are subsequently measured at amortised cost, using the effective interest rate method unless the effect of discounting would be immaterial, in which case they are stated at cost. Gains and losses are recognised in the statement of profit or loss when the liabilities are derecognised as well as through the effective interest rate amortisation process.

Amortised cost is calculated by taking into account any discount or premium on acquisition and fees or costs that are an integral part of the effective interest rate. The effective interest rate amortisation is included in finance costs in the statement of profit or loss.

**Derecognition of financial liabilities**
A financial liability is derecognised when the obligation under the liability is discharged or cancelled, or expires.

When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as a derecognition of the original liability and a recognition of a new liability, and the difference between the respective carrying amounts is recognised in the statement of profit or loss.

**Offsetting of financial instruments**
Financial assets and financial liabilities are offset and the net amount is reported in the statement of financial position if there is a currently enforceable legal right to offset the recognised amounts and there is an intention to settle on a net basis, or to realise the assets and settle the liabilities simultaneously.

EXHIBIT C

Page 72

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.      **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Derivative financial instruments and hedge accounting**
*Initial recognition and subsequent measurement*
The Group uses derivative financial instruments, such as forward currency contracts and interest rate swaps, to hedge its foreign currency risk and interest rate risk, respectively. Such derivative financial instruments are initially recognised at fair value on the date on which a derivative contract is entered into and are subsequently remeasured at fair value. Derivatives are carried as assets when the fair value is positive and as liabilities when the fair value is negative.

Any gains or losses arising from changes in fair value of derivatives are taken directly to the statement of profit or loss, except for the effective portion of cash flow hedges, which is recognised in other comprehensive income and later reclassified to profit or loss when the hedged item affects profit or loss.

For the purpose of hedge accounting, hedges are classified as:

*   fair value hedges when hedging the exposure to changes in the fair value of a recognised asset or liability or an unrecognised firm commitment; or

*   cash flow hedges when hedging the exposure to variability in cash flows that is either attributable to a particular risk associated with a recognised asset or liability or a highly probable forecast transaction, or a foreign currency risk in an unrecognised firm commitment; or

*   hedges of a net investment in a foreign operation.

At the inception of a hedge relationship, the Group formally designates and documents the hedge relationship to which the Group wishes to apply hedge accounting, the risk management objective and its strategy for undertaking the hedge. The documentation includes identification of the hedging instrument, the hedged item or transaction, the nature of the risk being hedged and how the Group will assess the hedging instrument's effectiveness of changes in the hedging instrument's fair value in offsetting the exposure to changes in the hedged item's fair value or cash flows attributable to the hedged risk. Such hedges are expected to be highly effective in achieving offsetting changes in fair value or cash flows and are assessed on an ongoing basis to determine that they actually have been highly effective throughout the financial reporting periods for which they were designated.

Hedges which meet the strict criteria for hedge accounting are accounted for as follows:

*Cash flow hedges*
The effective portion of the gain or loss on the hedging instrument is recognised directly in other comprehensive income in the hedging reserve, while any ineffective portion is recognised immediately in the statement of profit or loss.

Amounts recognised in other comprehensive income are transferred to the statement of profit or loss when the hedged transaction affects profit or loss, such as when hedged financial income or financial expense is recognised or when a forecast sale occurs.

EXHIBIT C
Page 73

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

**5.      SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Derivative financial instruments and hedge accounting** (continued)
If the hedging instrument expires or is sold, terminated or exercised without replacement or rollover (as part of the hedging strategy), or if its designation as a hedge is revoked, or when the hedge no longer meets the criteria for hedge accounting, the amounts previously recognised in other comprehensive income remain in other comprehensive income until the forecast transaction occurs or the foreign currency firm commitment is met.

*Current versus non-current classification*
Derivative instruments that are not designated as effective hedging instruments are classified as current or non-current or separated into current and non-current portions based on an assessment of the facts and circumstances (i.e., the underlying contracted cash flows).

•      Where the Group expects to hold a derivative as an economic hedge (and does not apply hedge accounting) for a period beyond 12 months after the end of the reporting period, the derivative is classified as non-current (or separated into current and non-current portions) consistently with the classification of the underlying item.

•      Embedded derivatives that are not closely related to the host contract are classified consistently with the cash flows of the host contract.

•      Derivative instruments that are designated as, and are effective hedging instruments, are classified consistently with the classification of the underlying hedged item. The derivative instruments are separated into current portions and non-current portions only if a reliable allocation can be made.

**Inventories**
Inventories are stated at the lower of cost and net realisable value. Cost is determined on the weighted average or standard costing basis and, in the case of work in progress and finished goods, comprises direct materials, direct labour and an appropriate proportion of overheads. Net realisable value is based on estimated selling prices less any estimated costs to be incurred to completion and disposal.

**Cash and cash equivalents**
For the purpose of the consolidated statement of cash flows, cash and cash equivalents comprise cash on hand and demand deposits, and short-term highly liquid investments that are readily convertible into known amounts of cash, are subject to an insignificant risk of changes in value, and have a short maturity of generally within three months when acquired, less bank overdrafts which are repayable on demand and form an integral part of the Group's cash management.

For the purpose of the consolidated statement of financial position, cash and cash equivalents comprise cash on hand and at banks, including term deposits, and assets similar in nature to cash, which are not restricted as to use.

EXHIBIT C

Page 74

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

**5.    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Provisions**

A provision is recognised when a present obligation (legal or constructive) has arisen as a result of a past event and it is probable that a future outflow of resources will be required to settle the obligation, provided that a reliable estimate can be made of the amount of the obligation.

When the effect of discounting is material, the amount recognised for a provision is the present value at the end of the reporting period of the future expenditures expected to be required to settle the obligation. The increase in the discounted present value amount arising from the passage of time is included in finance costs in the statement of profit or loss.

Provisions for product warranties granted by the Group on certain products are recognised based on sales volume and past experience of the level of repairs and returns, discounted to their present values as appropriate.

**Income tax**

Income tax comprises current and deferred tax. Income tax relating to items recognised outside profit or loss is recognised outside profit or loss, either in other comprehensive income or directly in equity.

Current tax assets and liabilities are measured at the amount expected to be recovered from or paid to the taxation authorities, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period, taking into consideration interpretations and practices prevailing in the countries in which the Group operates.

Deferred tax is provided, using the liability method, on all temporary differences at the end of the reporting period between the tax bases of assets and liabilities and their carrying amounts for financial reporting purposes.

Deferred tax liabilities are recognised for all taxable temporary differences, except:

- when the deferred tax liability arises from the initial recognition of goodwill or an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss; and

- in respect of taxable temporary differences associated with investments in subsidiaries, associates and joint ventures, when the timing of the reversal of the temporary differences can be controlled and it is probable that the temporary differences will not reverse in the foreseeable future.

EXHIBIT C

Page 75

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Income tax** (continued)

Deferred tax assets are recognised for all deductible temporary differences, the carryforward of unused tax credits and any unused tax losses. Deferred tax assets are recognised to the extent that it is probable that taxable profit will be available against which the deductible temporary differences, the carryforward of unused tax credits and unused tax losses can be utilised, except:

*   when the deferred tax asset relating to the deductible temporary differences arises from the initial recognition of an asset or liability in a transaction that is not a business combination and, at the time of the transaction, affects neither the accounting profit nor taxable profit or loss; and

*   in respect of deductible temporary differences associated with investments in subsidiaries, associates and joint ventures, deferred tax assets are only recognised to the extent that it is probable that the temporary differences will reverse in the foreseeable future and taxable profit will be available against which the temporary differences can be utilised.

The carrying amount of deferred tax assets is reviewed at the end of each reporting period and reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow all or part of the deferred tax asset to be utilised. Unrecognised deferred tax assets are reassessed at the end of each reporting period and are recognised to the extent that it has become probable that sufficient taxable profit will be available to allow all or part of the deferred tax asset to be recovered.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realised or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.

Deferred tax assets and deferred tax liabilities are offset if and only if the Group has a legally enforceable right to set off current tax assets and current tax liabilities and the deferred tax assets and deferred tax liabilities relate to income taxes levied by the same taxation authority on either the same taxable entity or different taxable entities which intend either to settle current tax liabilities and assets on a net basis, or to realise the assets and settle the liabilities simultaneously, in each future period in which significant amounts of deferred tax liabilities or assets are expected to be settled or recovered.

**Government grants**

Government grants are recognised when there is reasonable assurance that the grant will be received and all attaching conditions will be complied with. The grant is measured as the amount received or receivable where it takes the form of a cash asset, or at fair value where it is not a cash asset. Where the fair value cannot be reliably obtained, it should be measured at the nominal value.

In accordance with the stipulations of the government instruments, government grants applied towards acquisition or the formation of long-term assets in other manners are asset-related government grants; the instruments unspecifically refer to the exercise of judgement based on the basic conditions for receiving the asset-related grant applied towards or the formation of long-term assets in other manners. All other grants are recognized as income-related government grants.

EXHIBIT C

Page 76

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Government grants** (continued)
Government grants relating to income and applied to make up for related costs or losses in future periods shall be recognised as deferred income, and shall be recognised in current profit or loss or written off against related costs of the period for which related costs are recognised. Government grants specifically applied for the reimbursement of incurred related costs and expenses shall be directly set off against related costs; government grants relating to day-to-day activities but not applied in specific reimbursement shall be recognised in "other income". Government grants not relating to day-to-day activities shall be recognised under non-operating income or expense.

Government grants relating to assets shall be written off against the book value of the asset concerned, and credited to profit or loss over the useful life of the asset concerned by reasonable and systematic instalments (provided that government grants measured at nominal value shall be directly recognized in current profit or loss). Where the asset concerned is disposed of, transferred, retired or damaged prior to the end of its useful life, the balance of the deferred income yet to be allocated shall be transferred to "asset disposal" under current profit or loss.

**Revenue recognition**
Revenue is recognised when it is probable that the economic benefits will flow to the Group and when the revenue can be measured reliably, on the following bases:

(a)   from the sale of goods, when the significant risks and rewards of ownership have been transferred to the buyer, provided that the Group maintains neither managerial involvement to the degree usually associated with ownership, nor effective control over the goods sold;

(b)   from the rendering of services, upon provision of the relevant services;

(c)   rental income, on a time proportion basis over the lease terms;

(d)   interest income, on an accrual basis using the effective interest method by applying the rate that exactly discounts the estimated future cash receipts over the expected life of the financial instrument or a shorter period, when appropriate, to the net carrying amount of the financial asset; and

(e)   dividend income, when the shareholders' right to receive payment has been established.

EXHIBIT C

Page 77

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Employee benefits**
*Share-based payments*
The Company operated the Share Option Scheme and the Share Award Scheme for the purpose of providing incentives and rewards to eligible participants (including employees) who contribute to the success of the Group's operations. Employees (including directors of the Company) of the Group received remuneration in the form of share-based payments, whereby employees render services as consideration for equity instruments ("equity-settled transactions").

The cost of equity-settled transactions with employees for grants is measured by reference to the fair value at the date at which they are granted. The fair value of share options is determined by an external valuer using a binomial model.

The cost of equity-settled transactions is recognised in employee benefit expense, together with a corresponding increase in equity, over the period in which the performance and/or service conditions are fulfilled. The cumulative expense recognised for equity-settled transactions at the end of each reporting period until the vesting date reflects the extent to which the vesting period has expired and the Group's best estimate of the number of equity instruments that will ultimately vest. The charge or credit to the statement of profit or loss for a period represents the movement in the cumulative expense recognised as at the beginning and end of that period.

Service and non-market performance conditions are not taken into account when determining the grant date fair value of awards, but the likelihood of the conditions being met is assessed as part of the Group's best estimate of the number of equity instruments that will ultimately vest. Market performance conditions are reflected within the grant date fair value. Any other conditions attached to an award, but without an associated service requirement, are considered to be non-vesting conditions. Non-vesting conditions are reflected in the fair value of an award and lead to an immediate expensing of an award unless there are also service and/or performance conditions.

For awards that do not ultimately vest because non-market performance and/or service conditions have not been met, no expense is recognised. Where awards include a market or non-vesting condition, the transactions are treated as vesting irrespective of whether the market or non-vesting condition is satisfied, provided that all other performance and/or service conditions are satisfied.

Where the terms of an equity-settled award are modified, as a minimum an expense is recognised as if the terms had not been modified, if the original terms of the award are met. In addition, an expense is recognised for any modification that increases the total fair value of the share-based payments, or is otherwise beneficial to the employee as measured at the date of modification.

Where an equity-settled award is cancelled, it is treated as if it had vested on the date of cancellation, and any expense not yet recognised for the award is recognised immediately. This includes any award where non-vesting conditions within the control of either the Group or the employee are not met. However, if a new award is substituted for the cancelled award, and is designated as a replacement award on the date that it is granted, the cancelled and new awards are treated as if they were a modification of the original award, as described in the previous paragraph.

EXHIBIT C

Page 78

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Employee benefits** (continued)
*Central pension scheme*
Subsidiaries operating in Mainland China have participated in the central pension scheme (the "CPS") operated by the PRC government for all of their employees. These PRC subsidiaries are required to contribute a certain percentage of their covered payroll to the CPS to fund the benefits. The only obligation of the Group with respect to the CPS is to pay the ongoing required contributions under the CPS. Contributions under the CPS are charged to the statement of profit or loss as they become payable in accordance with the rules of the CPS.

*Mandatory Provident Fund*
The Company's subsidiaries, incorporated in Hong Kong, operate a defined contribution Mandatory Provident Fund retirement benefit scheme (the "MPF Scheme") under the Mandatory Provident Fund Schemes Ordinance for all of its employees in Hong Kong. Contributions are made based on a percentage of the employees' basic salaries and are charged to the statement of profit or loss as they become payable in accordance with the rules of the MPF Scheme. The assets of the MPF Scheme are held separately from those of the Group in an independently administered fund. The employer contributions vest fully with the employees when contributed into the MPF Scheme except for the employer voluntary contributions, which are refunded to the Company's subsidiaries which are incorporated in Hong Kong when an employee leaves employment prior to the contributions vesting fully, in accordance with the rules of the MPF Scheme.

*Retirement indemnities*
TCT SAS, a subsidiary of the Company incorporated in France, operates a defined contribution plan and a defined benefit pension plan (the "Pension Plan"). For the defined contribution plan, TCT SAS is not liable for any legal or constructive obligations under the contribution plan beyond the contributions paid, and no provision as such is made. For the pension plan, corresponding to retirement indemnities relating to TCT SAS's employees, liabilities and prepaid expenses are determined as follows:

- Using the projected unit credit method, with the projected final salary, which takes into consideration each period of service giving rise to an additional unit of benefit entitlement and measures each unit separately to build up the final obligation. Actuarial assumptions comprise mortality, rates of employee turnover and projection of future salary levels; and

- actuarial gains and losses are recognised as income or expenses when the net cumulative unrecognised actuarial gains and losses for the pension plan at the end of the previous period exceed 10% of the higher of the defined benefit obligation and the fair value of plan assets at that date. These gains or losses are recognised over the expected average remaining service periods of the employees participating in the pension plan.

EXHIBIT C

Page 79

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.   **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Borrowing costs**
Borrowing costs directly attributable to the acquisition, construction or production of qualifying assets, i.e., assets that necessarily take a substantial period of time to get ready for their intended use or sale, are capitalised as part of the cost of those assets. The capitalisation of such borrowing costs ceases when the assets are substantially ready for their intended use or sale. Investment income earned on the temporary investment of specific borrowings pending their expenditure on qualifying assets is deducted from the borrowing costs capitalised. All other borrowing costs are expensed in the period in which they are incurred. Borrowing costs consist of interest and other costs that an entity incurs in connection with the borrowing of funds.

**Dividends**
Final dividends are recognised as a liability when they are approved by the shareholders in a general meeting. Proposed final dividends are disclosed in the notes to the financial statement.

Interim dividends are simultaneously proposed and declared, because the Company's memorandum and articles of association grant the directors of the Company the authority to declare such dividends. Consequently, interim dividends are recognised immediately as a liability when they are proposed and declared.

**Foreign currencies**
These financial statements are presented in Hong Kong dollars, which is the Company's functional currency. Each entity in the Group determines its own functional currency and items included in the financial statements of each entity are measured using that functional currency. Foreign currency transactions recorded by the entities in the Group are initially recorded using their respective functional currency rates prevailing at the dates of the transactions. Monetary assets and liabilities denominated in foreign currencies are translated at the functional currency rates of exchange ruling at the end of the reporting period. Differences arising on settlement or translation of monetary items are recognised in the statement of profit or loss.

Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rates at the dates of the initial transactions. Non-monetary items measured at fair value in a foreign currency are translated using the exchange rates at the date when the fair value was measured. The gain or loss arising on translation of a non-monetary item measured at fair value is treated in line with the recognition of the gain or loss on change in fair value of the item (i.e., translation difference on the item whose fair value gain or loss is recognised in other comprehensive income or profit or loss is also recognised in other comprehensive income or profit or loss, respectively).

The functional currencies of certain overseas subsidiaries, joint ventures and associates are currencies other than the Hong Kong dollar. As at the end of the reporting period, the assets and liabilities of these entities are translated into Hong Kong dollars at the exchange rates prevailing at the end of the reporting period and their statements of profit or loss are translated into Hong Kong dollars at the weighted average exchange rates for the year.

EXHIBIT C

Page 80

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

5.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (continued)

**Foreign currencies** (continued)
The resulting exchange differences are recognised in other comprehensive income and accumulated in the exchange fluctuation reserve. On disposal of a foreign operation, the component of other comprehensive income relating to that particular foreign operation is recognised in the statement of profit or loss.

Any goodwill arising on the acquisition of a foreign operation and any fair value adjustments to the carrying amounts of assets and liabilities arising on acquisition are treated as assets and liabilities of the foreign operation and translated at the closing rate.

For the purpose of the consolidated statement of cash flows, the cash flows of overseas subsidiaries are translated into Hong Kong dollars at the exchange rates ruling at the dates of the cash flows. Frequently recurring cash flows of overseas subsidiaries which arise throughout the year are translated into Hong Kong dollars at the weighted average exchange rates for the year.

6.  **SIGNIFICANT ACCOUNTING JUDGEMENTS AND ESTIMATES**

The preparation of the Group's financial statements requires management to make judgements, estimates and assumptions that affect the reported amounts of revenues, expenses, assets and liabilities, and their accompanying disclosures, and the disclosure of contingent liabilities. Uncertainty about these assumptions and estimates could result in outcomes that could require a material adjustment to the carrying amounts of the assets or liabilities affected in the future.

**Judgements**
In the process of applying the Group's accounting policies, management has made the following judgements, apart from those involving estimations which have the most significant effect on the amounts recognised in the financial statements:

*Operating lease commitments – Group as lessor*
The Group has entered into commercial property leases on its investment property portfolio. The Group has determined, based on an evaluation of the terms and conditions of the arrangements, that it retains all the significant risks and rewards of ownership of these properties which are leased out on operating leases.

*Classification between investment properties and owner-occupied properties*
The Group determines whether a property qualifies as an investment property, and has developed criteria in making that judgement. Investment property is a property held to earn rentals or for capital appreciation or both. Therefore, the Group considers whether a property generates cash flows largely independently of the other assets held by the Group. Some properties comprise a portion that is held to earn rentals or for capital appreciation and another portion that is held for use in the production or supply of goods or services or for administrative purposes. If these portions could be sold separately or leased out separately under a finance lease, the Group accounts for the portions separately. If the portions could not be sold separately, the property is an investment property only if an insignificant portion is held for use in the production or supply of goods or services or for administrative purposes. Judgement is made on an individual property basis to determine whether ancillary services are so significant that a property does not qualify as an investment property.

EXHIBIT C
Page 81

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

6.    **SIGNIFICANT ACCOUNTING JUDGEMENTS AND ESTIMATES** (continued)

**Estimation uncertainty**

The key assumptions concerning the future and other key sources of estimation uncertainty at the end of the reporting period, that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year, are described below:

*Impairment of non-financial assets (other than goodwill)*

The Group assesses whether there are any indicators of impairment for all non-financial assets at the end of each reporting period. Indefinite life intangible assets are tested for impairment annually and at other times when such an indicator exists. Other non-financial assets are tested for impairment when there are indicators that the carrying amounts may not be recoverable. An impairment exists when the carrying value of an asset or a cash-generating unit exceeds its recoverable amount, which is the higher of its fair value less costs of disposal and its value in use. The calculation of the fair value less costs of disposal is based on available data from binding sales transactions in an arm's length transaction of similar assets or observable market prices less incremental costs for disposing of the asset. When value in use calculations are undertaken, management must estimate the expected future cash flows from the asset or cash-generating unit and choose a suitable discount rate in order to calculate the present value of those cash flows.

*Warranty provisions*

The Group generally offers warranties for its products for 12 to 24 months. Management estimates the related provisions for future warranty claims based on historical warranty claim information, as well as recent trends that might suggest that past cost information may differ from future claims.

As the Group is continually upgrading its product designs and launching new models, it is possible that the past experience of the level of repairs and returns is not indicative of future claims that it will receive in respect of past sales. Any increase or decrease in the actual claims would affect profit or loss in future years. As at 31 December 2017, the carrying amount of warranty provisions was HK$305,867,000 (2016: HK$317,435,000). Further details are included in note 29 to the financial statements.

*Impairment of goodwill*

The Group determines whether goodwill is impaired at least on an annual basis. This requires an estimation of the value in use of the cash-generating units to which the goodwill is allocated. Estimating the value in use requires the Group to make an estimate of the expected future cash flows from the cash-generating units and also to choose a suitable discount rate in order to calculate the present value of those cash flows. The carrying amount of goodwill at 31 December 2017 was HK$253,883,000 (2016: HK$253,954,000). Further details are given in note 16 to the financial statements.

EXHIBIT C
Page 82

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

6. **SIGNIFICANT ACCOUNTING JUDGEMENTS AND ESTIMATES** (continued)

**Estimation uncertainty** (continued)
*Provision against obsolete and slow-moving inventories*
The Group reviews the condition of its inventories and makes provisions against obsolete and slow-moving inventory items which are identified as no longer suitable for sale or use. Management estimates the net realisable value for such inventories based primarily on the latest invoice prices and current market conditions. The Group carries out an inventory review when an indication of impairment exists and makes provisions against obsolete and slow-moving items. Management reassesses the estimation when an indication of impairment exists.

The provision against obsolete and slow-moving inventories requires the use of judgements and estimates. Where the expectation is different from the original estimate, such difference will impact on the carrying value of inventories and the write-down of inventories recognised in the periods in which such estimates have been changed. The carrying amount of inventories at 31 December 2017 was HK$1,958,421,000 (2016: HK$2,952,483,000). Further details are given in note 20 to the financial statements.

*Deferred tax assets*
Deferred tax assets are recognised for unused tax losses and other deductible temporary differences to the extent that it is probable that taxable profit will be available against which the unused tax losses and other deductible temporary differences can be utilised. Significant management judgement is required to determine the amount of deferred tax assets that can be recognised, based upon the likely timing and level of future taxable profits together with future tax planning strategies. The carrying amount of deferred tax assets at 31 December 2017 was HK$240,142,000 (2016: HK$261,862,000). The amount of unrecognised tax losses at 31 December 2017 was HK$6,321,570,000 (2016: HK$3,251,155,000). Further details are included in note 32 to the financial statements.

*Development costs*
Development costs are capitalised in accordance with the accounting policy for research and development costs in note 5 to the financial statements. Determining the amounts to be capitalised requires management to make assumptions regarding the expected future cash generation of the assets, discount rates to be applied and the expected period of benefits. At 31 December 2017, the best estimate of the carrying amount of deferred development costs was HK$355,832,000 (2016: HK$896,473,000). Further details are included in note 15 to the financial statements.

*Impairment of available-for-sale investments*
The Group classifies certain assets as available for sale and recognises movements of their fair values in equity. When the fair value declines, management makes assumptions about the decline in value to determine whether there is an impairment that should be recognised in the statement of profit or loss. At 31 December 2017, impairment losses of HK$17,618,000 have been recognised for available-for-sales assets (2016: HK$10,721,000). The carrying amount of available-for-sale investments was HK$310,042,000 (2016: HK$397,988,000). Further details are included in note 19 to the financial statements.

EXHIBIT C
Page 83

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

7. **REVENUE, OTHER INCOME AND GAINS**

Revenue represents the net invoiced value of mobile devices and other products sold and services rendered during the year, after allowances for returns and trade discounts.

An analysis of revenue, other income and gains is as follows:

|  | 2017 HK$'000 | 2016 HK$'000 (Restated) |
|---|---|---|
| **Revenue** |  |  |
| Sale of mobile devices and other products and rendering of services | 17,168,345 | 23,576,482 |
|  |  |  |
| **Other income and gains** |  |  |
| Bank interest income | 22,472 | 38,680 |
| Gross rental income | 18,078 | 19,287 |
| Subsidy income* | 60,889 | 56,987 |
| Value-added tax ("VAT") refunds** | 231,788 | 356,295 |
| Exchange gain, net (note 8) | 111,629 | 347,209 |
| Gain on disposal of subsidiaries (note 37) | 135,675 | - |
| Gain on disposal of items of property, plant and equipment | 2,102 | 6,284 |
| Gain on disposal of prepaid land lease payment and affiliated buildings (note 8) | 5,101 | - |
| Dividend income from available-for-sale investments | 1,317 | 3,422 |
| Gain on disposal of an available-for-sale investments (note 8) | 44,582 | - |
| Others | 63,077 | 41,340 |
|  | 696,710 | 869,504 |

* Subsidy income represented various government grants which related to day-to-day activities and not specifically applied for the reimbursement of incurred related costs and expenses received by the Group in the PRC.

** During the years ended 31 December 2017 and 2016, several subsidiaries of the Company in the PRC, being designated as software enterprises, were entitled to VAT refunds at the effective VAT rates in excess of 3% after the payment of statutory net output VAT of 17%.

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 8. LOSS BEFORE TAX

The Group's loss before tax is arrived at after charging/(crediting):

| | Notes | 2017 HK$'000 | 2016 HK$'000 (Restated) |
|---|---|---:|---:|
| Cost of inventories sold | | 14,542,726 | 18,759,560 |
| Depreciation of property, plant and equipment | 12 | 191,273 | 210,822 |
| Depreciation of investment properties | 13 | 6,875 | 2,101 |
| Recognition of prepaid land lease payments | 14 | 1,769 | 2,181 |
| Amortisation of computer software, intellectual property and ALCATEL brand license | 15 | 58,590 | 55,985 |
| Research and development costs: | | | |
| Deferred expenditure amortised | 15 | 1,593,568 | 1,450,536 |
| Current year expenditure | | 272,013 | 309,322 |
| | | 1,865,581 | 1,759,858 |
| | | | |
| Minimum lease payments under operating leases | | 93,970 | 158,417 |
| Auditor's remuneration | | 8,976 | 8,384 |
| Employee benefit expense | | | |
| Salaries and wages | | 2,013,576 | 2,082,727 |
| Equity-settled expenses: | | | |
| Share Options | | - | 11,407 |
| Share Award Scheme | | - | 29,341 |
| Pension scheme contributions (including the Pension Plan in note 30) | | 155,837 | 211,100 |
| | | 2,169,413 | 2,334,575 |
| | | | |
| Change in fair value in interest rate swap - non cash flow hedging | 28 | 2,276 | (2,726) |
| Exchange gain, net** | 7 | (111,629) | (347,209) |
| Including: Exchange (gain)/loss on non-hedging derivative financial instruments | 28 | (475,356) | 129,472 |
| Ineffectiveness of cash flow hedges | 28 | 39,468 | (7,630) |
| Finance cost of loans hedged by interest rate swap | 28 | 4,459 | 1,270 |
| Impairment of trade receivables recognised | 21 | 35,870 | 53,353 |
| Impairment of other receivables recognised | 23 | 40,053 | 37,703 |
| Impairment losses of a listed available-for-sale investment | 19 | - | 10,721 |
| Impairment losses of unlisted available-for-sale investments | 19 | 17,618 | - |
| Impairment loss of an associate | | 1,408 | - |
| Product warranty provisions | 29 | 353,361 | 484,322 |
| Net loss/(gain) on disposal of items of property, plant and equipment | | 3,723 | (5,396) |
| Gain on disposal of prepaid land lease payments and affiliated buildings | 7 | (5,101) | - |
| Loss on deemed disposal of investment in a subsidiary | | - | 6,729 |
| (Gain)/loss on disposal of subsidiaries** | 7 | (135,675) | 2,782 |
| Gain on disposal of an available-for-sale investment | 7 | (44,582) | - |
| Write-down of inventories to net realisable value | | 134,838 | 110,898 |

\*  Including employee benefit expense charged to direct labour costs, overhead expenses and research and development costs.

\*\*  Loss on disposal of subsidiaries are included in "other expense" in the consolidated statement of profit or loss.

46

EXHIBIT C

Page 85

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

9.  **FINANCE COSTS**

An analysis of finance costs is as follows:

|  | 2017 HK$'000 | 2016 HK$'000 (Restated) |
|---|---|---|
| Interest on loans | 89,057 | 95,686 |
| Interest on discounted notes and factored trade receivables | 28,243 | 24,118 |
|  | 117,300 | 119,804 |

10. **INCOME TAX EXPENSE**

No Hong Kong profits tax has been provided (2016: Nil) since no assessable profit arose in Hong Kong during the year. Taxes on profits assessable elsewhere have been calculated at the rates of tax prevailing in the jurisdictions in which the Group operates.

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Current |  |  |
| Charge for the year: |  |  |
| PRC | 33,002 | 35,564 |
| The United States | 15,377 | 30,769 |
| France | 2,254 | 7,093 |
| Russia | 986 | 4,335 |
| Korea | 2,850 | 2,670 |
| Italy | 681 | 2,571 |
| Mexico | 1,334 | 9,057 |
| Others | 1,931 | 487 |
| (Overprovision)/underprovision in prior years | (8,067) | 3,667 |
|  | 50,348 | 96,213 |
| Deferred (note 32) | 43,398 | (27,563) |
| Total tax charged for the year | 93,746 | 68,650 |

47

EXHIBIT C

Page 86

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

10.  **INCOME TAX EXPENSE** (continued)

A reconciliation of the tax expense applicable to loss before tax at the statutory rates for the jurisdictions in which the Company and the majority of its subsidiaries are domiciled to the tax expense at the effective tax rates, and a reconciliation of the applicable rates (i.e., the statutory tax rates) to the effective tax rates, are as follows:

|  | 2017 HK$'000 | % | 2016 HK$'000 | % |
|---|---|---|---|---|
| Loss before tax | (2,254,200) | | (477,634) | |
| Tax at the statutory tax rates | (459,413) | 20.3 | (21,334) | 4.4 |
| Lower tax rates for specific provinces or enacted by local authorities | (28,969) | 1.3 | (91,146) | 19.1 |
| Adjustments in respect of current tax of previous periods | (8,067) | 0.4 | 3,667 | (0.8) |
| Income not subject to tax | (63,180) | 2.8 | (95,865) | 20.1 |
| Expenses not deductible for tax | 169,279 | (7.5) | 168,162 | (35.2) |
| Tax effect of expenses that are entitled to additional deduction | (34,335) | 1.5 | (50,637) | 10.6 |
| Tax losses utilised from previous periods | (29,371) | 1.3 | (122,181) | 25.6 |
| Tax losses not recognised | 519,519 | (23.0) | 286,808 | (60.0) |
| Others* | 28,282 | (1.3) | (8,824) | 1.8 |
| Tax charge at the Group's effective rates | 93,746 | (4.2) | 68,650 | (14.4) |

* Representing changes of deferred tax asset recognised from unused tax losses arising from a subsidiary in France as management considered the subsidiary had commenced profit-making for some time to the extent that it is probable that taxable profit will be available against which such tax losses can be utilised.

11.  **DIVIDENDS**

No dividend was proposed for ordinary shareholders of the Company during the year 2017 and to the date of approval of the financial statements (2016: Nil).

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 12. PROPERTY, PLANT AND EQUIPMENT

| | Buildings HK$'000 | Plant and machinery HK$'000 | Furniture, fixtures, office equipment and research and development equipment HK$'000 | Motor vehicles HK$'000 | Construction in progress HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|
| **31 December 2017** | | | | | | |
| At 1 January 2017: | | | | | | |
| Cost | 748,623 | 1,078,479 | 483,405 | 13,600 | 87,732 | 2,411,839 |
| Accumulated depreciation and impairment | (73,401) | (563,598) | (310,373) | (11,732) | - | (959,104) |
| Net carrying amount | 675,222 | 514,881 | 173,032 | 1,868 | 87,732 | 1,452,735 |
| | | | | | | |
| At 1 January 2017, net of accumulated depreciation and impairment | 675,222 | 514,881 | 173,032 | 1,868 | 87,732 | 1,452,735 |
| Additions | 11,356 | 26,963 | 17,519 | - | 85,679 | 141,517 |
| Offsetting with government subsidies | - | (61,441) | (605) | - | - | (62,046) |
| Disposals | (2,881) | (5,378) | (2,161) | (432) | - | (10,852) |
| Disposal of subsidiaries | (17,806) | - | (292) | - | - | (18,098) |
| Depreciation provided during the year (note 8) | (30,505) | (156,660) | (54,461) | (690) | - | (242,316) |
| Depreciation with government subsidies (note 8) | - | 50,715 | 328 | - | - | 51,043 |
| Transfers | 172,419 | 7,311 | (39,956) | - | (175,365) | (35,591) |
| Exchange realignment | 47,809 | 30,534 | 7,302 | 92 | 3,058 | 88,795 |
| | | | | | | |
| At 31 December 2017, net of accumulated depreciation and impairment | 855,614 | 406,925 | 100,706 | 838 | 1,104 | 1,365,187 |
| | | | | | | |
| At 31 December 2017: | | | | | | |
| Cost | 968,524 | 1,107,857 | 400,148 | 6,292 | 1,104 | 2,483,925 |
| Accumulated depreciation and impairment | (112,910) | (700,932) | (299,442) | (5,454) | - | (1,118,738) |
| Net carrying amount | 855,614 | 406,925 | 100,706 | 838 | 1,104 | 1,365,187 |

49

EXHIBIT C

Page 88

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 12. PROPERTY, PLANT AND EQUIPMENT (continued)

| | Buildings HK$'000 | Plant and machinery HK$'000 | Furniture, fixtures, office equipment and research and development equipment HK$'000 | Motor vehicles HK$'000 | Construction in progress HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|
| **31 December 2016 (Restated)** | | | | | | |
| At 1 January 2016: | | | | | | |
| Cost | 689,590 | 1,500,146 | 498,612 | 15,059 | 160,619 | 2,864,026 |
| Accumulated depreciation and impairment | (56,290) | (787,519) | (283,330) | (12,229) | - | (1,139,368) |
| Net carrying amount | 633,300 | 712,627 | 215,282 | 2,830 | 160,619 | 1,724,658 |
| At 1 January 2016, net of accumulated depreciation and impairment | 633,300 | 712,627 | 215,282 | 2,830 | 160,619 | 1,724,658 |
| Additions | - | 69,665 | 19,820 | 1,793 | 102,984 | 194,262 |
| Offsetting with government subsidies | - | (56,641) | (168) | - | - | (56,809) |
| Disposals | (7,869) | (83,887) | (3,417) | (1,203) | - | (96,376) |
| Depreciation provided during the year (note 8) | (23,154) | (152,434) | (61,857) | (1,399) | - | (238,844) |
| Depreciation with government subsidies (note 8) | - | 27,910 | 112 | - | - | 28,022 |
| Transfers | 116,619 | 37,365 | 8,856 | - | (168,472) | (5,632) |
| Exchange realignment | (43,674) | (39,724) | (5,596) | (153) | (7,399) | (96,546) |
| At 31 December 2016, net of accumulated depreciation and impairment | 675,222 | 514,881 | 173,032 | 1,868 | 87,732 | 1,452,735 |
| At 31 December 2016: | | | | | | |
| Cost | 748,623 | 1,078,479 | 483,405 | 13,600 | 87,732 | 2,411,839 |
| Accumulated depreciation and impairment | (73,401) | (563,598) | (310,373) | (11,732) | - | (959,104) |
| Net carrying amount | 675,222 | 514,881 | 173,032 | 1,868 | 87,732 | 1,452,735 |

At 31 December 2017, certificates of ownership in respect of certain buildings of the Group located in Mainland China with a net carrying amount of HK$320,161,000 (2016: HK$618,030,000) have not yet been issued by the relevant PRC authorities. The Group is in the process of obtaining these certificates.

EXHIBIT C

Page 89

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 13. INVESTMENT PROPERTIES

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| At 1 January: | | |
| Cost | 119,378 | 122,723 |
| Accumulated depreciation | (21,195) | (18,609) |
| Net carrying amount | 98,183 | 104,114 |
| At 1 January, net of accumulated depreciation | 98,183 | 104,114 |
| Disposals | (8,539) | - |
| Disposal of a subsidiary (note 37) | (24,310) | - |
| Transfers | 49,110 | 2,785 |
| Depreciation provided during the year (note 8) | (6,875) | (2,101) |
| Exchange realignment | 13,213 | (6,615) |
| At 31 December, net of accumulated depreciation | 120,782 | 98,183 |
| At 31 December: | | |
| Cost | 138,867 | 119,378 |
| Accumulated depreciation | (18,085) | (21,195) |
| Net carrying amount | 120,782 | 98,183 |

The Group's investment properties consist of land and buildings situated in Mainland China.

The investment properties are leased to third parties and certain related companies of the Company under operating leases, further summary details of which are included in note 38(a) and 40(a) to the financial statements.

The fair value of the investment properties cannot be reliably measured because the probabilities of the various estimates within the range of reasonable fair value estimates cannot be reasonably assessed and used in estimating fair value.

## 14. PREPAID LAND LEASE PAYMENTS

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Carrying amount at 1 January | 100,263 | 106,353 |
| Additions | 5,729 | - |
| Disposals | (1,410) | - |
| Disposal of a subsidiary (note 37) | (10,964) | - |
| Transfers | (13,519) | 2,847 |
| Recognised during the year (note 8) | (1,769) | (2,181) |
| Exchange realignment | 7,204 | (6,756) |
| Carrying amount at 31 December | 85,534 | 100,263 |

51

EXHIBIT C

Page 90

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 15. OTHER INTANGIBLE ASSETS

| 31 December 2017 | Deferred development costs HK$'000 | Computer software HK$'000 | Intellectual property HK$'000 | Golf club membership HK$'000 | ALCATEL brand license HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|
| Cost at 1 January 2017, net of accumulated amortisation | 896,473 | 59,603 | 165,438 | 4,876 | 183,902 | 1,310,292 |
| Additions | 994,832 | 56,637 | 14,371 | - | - | 1,065,840 |
| Retirements and disposals | - | (2,750) | - | - | - | (2,750) |
| Amortisation provided during the year (note 8) | (1,593,568) | (18,945)* | (16,168)* | - | (23,477)* | (1,652,158) |
| Exchange realignment | 58,095 | 3,694 | 1,498 | 343 | - | 63,630 |
| At 31 December 2017 | 355,832 | 98,239 | 165,139 | 5,219 | 160,425 | 784,854 |
| At 31 December 2017: | | | | | | |
| Cost | 2,571,446 | 167,573 | 239,523 | 5,219 | 311,824 | 3,295,585 |
| Accumulated amortisation | (2,215,614) | (69,334) | (74,384) | - | (151,399) | (2,510,731) |
| Net carrying amount | 355,832 | 98,239 | 165,139 | 5,219 | 160,425 | 784,854 |

| 31 December 2016 | Deferred development costs HK$'000 | Computer software HK$'000 | Intellectual property HK$'000 | Golf club membership HK$'000 | ALCATEL brand license HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|
| Cost at 1 January 2016, net of accumulated amortisation | 1,028,894 | 40,920 | 181,133 | 5,211 | 207,379 | 1,463,537 |
| Additions | 1,384,548 | 37,765 | - | - | - | 1,422,313 |
| Amortisation provided during the year (note 8) | (1,450,536) | (17,801)* | (14,707)* | - | (23,477)* | (1,506,521) |
| Exchange realignment | (66,433) | (1,281) | (988) | (335) | - | (69,037) |
| At 31 December 2016 | 896,473 | 59,603 | 165,438 | 4,876 | 183,902 | 1,310,292 |
| At 31 December 2016: | | | | | | |
| Cost | 3,877,074 | 123,703 | 223,428 | 4,876 | 311,824 | 4,540,905 |
| Accumulated amortisation | (2,980,601) | (64,100) | (57,990) | - | (127,922) | (3,230,613) |
| Net carrying amount | 896,473 | 59,603 | 165,438 | 4,876 | 183,902 | 1,310,292 |

\* Being the amortisation of computer software, intellectual property and ALCATEL brand license charged to the consolidated statement of profit or loss of HK$58,590,000 (2016: HK$55,985,000) (note 8) during the year.

EXHIBIT C
Page 91

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 16. GOODWILL

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| At 1 January and 31 December: |  |  |
| Cost and net carrying amount | 253,883 | 253,954 |

**Impairment testing of goodwill**

Goodwill acquired through business combinations is allocated to the following cash-generating units for impairment testing:

- Research and development of mobile devices cash-generating unit; and

- Research and development, manufacture and sale of mobile devices and other products cash-generating unit.

*Research and development of mobile devices cash-generating unit*

The recoverable amount of the research and development of mobile devices cash-generating unit has been determined based on a value in use calculation using cash flow based on financial budgets covering a five-year period approved by senior management. The discount rate applied to the cash flow projections is 21% (2016: 21%) and cash flows within the five-year period are extrapolated using growth rates of sales volume of 0%-5% from 2018 to 2022.

*Research and development, manufacture and sale of mobile devices and other products cash-generating unit*

The recoverable amount of the research and development, manufacture and sales of mobile devices and other products cash-generating unit has been determined based on fair value less cost of disposal ("FVLCD"). The fair value of the cash-generating unit derived from the equity transaction of the Company between its immediate holding company and three independent strategic investors on 9 October 2017 with a valuation model based on multipliers.

In the opinion of the Company's directors, any reasonably possible change in the key assumptions on which the recoverable amount is based would not cause the cash-generating unit's carrying amount to exceed its recoverable amount.

53

EXHIBIT C
Page 92

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

16.   **GOODWILL** (continued)

**Impairment testing of goodwill** (continued)
The carrying amount of goodwill allocated to each of the cash-generating units is as follows:

|  | Research and development of mobile devices and other products | | Research and development, manufacture and sale of mobile devices and other products | |
|---|---|---|---|---|
|  | 2017 HK$'000 | 2016 HK$'000 | 2017 HK$'000 | 2016 HK$'000 |
| Carrying amount of goodwill | 146,927 | 146,927 | 106,956 | 107,027 |

Assumptions were used in the value in use calculation of the research and development of mobile devices cash-generating unit for 31 December 2017 and 31 December 2016. The following describes each key assumption on which management has based its cash flow projections to undertake impairment testing of goodwill:

Budgeted gross margins –The basis used to determine the value assigned to the budgeted gross margins is the average gross margins achieved in the year immediately before the budget year, increased for expected efficiency improvements, and the expectation for market development.

Discount rates – The discount rates used are before tax and reflect specific risks relating to the relevant units.

The value assigned to the key assumptions on market development and discount rates are consistent with external information sources.

17.   **INVESTMENTS IN ASSOCIATES**

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Share of net assets | 75,808 | 69,375 |
| Goodwill on acquisition | 3,221 | 1,506 |
|  | 79,029 | 70,881 |
| Provision for impairment | (3,221) | (1,506) |
|  | 75,808 | 69,375 |

The Group's balances with the associates are disclosed in note 40(d) to the financial statements.

EXHIBIT C

Page 93

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

17.   **INVESTMENTS IN ASSOCIATES** (continued)

The following table illustrates the aggregate financial information of the Group's associates that are not individually material:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Share of the associates' profits and losses for the year | (19,101) | (22,294) |
| Share of the associates' other comprehensive (loss)/income | (378) | 6,914 |
| Share of the associates' total comprehensive losses | (19,479) | (15,380) |
| Aggregate carrying amount of the Group's investments in the associates | 75,808 | 69,375 |

18.   **INVESTMENTS IN JOINT VENTURES**

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Share of net assets | 12,082 | 12,123 |
| Goodwill on acquisition | 13,270 | 13,270 |
|  | 25,352 | 25,393 |

The Group's balances with the joint ventures are disclosed in note 40(d) to the financial statements.

The following table illustrates the aggregate financial information of the Group's joint ventures that are not individually material:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Share of the joint ventures' profits and losses for the year | (41) | (29,109) |
| Share of the joint ventures' other comprehensive loss | - | (8) |
| Share of the joint ventures' total comprehensive losses | (41) | (29,117) |
| Aggregate carrying amount of the Group's investments in the joint ventures | 25,352 | 25,393 |

55

EXHIBIT C

Page 94

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

### 19. AVAILABLE-FOR-SALE INVESTMENTS

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Listed equity investments, at fair value | 99,660 | 197,520 |
| Unlisted equity investments, at cost | 210,382 | 200,468 |
|  | 310,042 | 397,988 |

During the year, the gross losses in respect of the Group's listed entity investments recognised in other comprehensive income amounted to HK$39,782,000 (2016: gains of HK$46,468,000), of which an impairment of Nil (2016: HK$10,721,000) (note 8) was reclassified from other comprehensive income to the statement of profit or loss for the year. Gain of HK$56,510,000 (2016: Nil) was reclassified from other comprehensive income to the statement of profit or loss for the year due to disposal of an available-for-sale investment.

The above investments consist of investments in equity securities which were designated as available-for-sale financial assets and have no fixed maturity date and coupon rate.

The unlisted equity investments with a carrying amount of HK$210,382,000 (2016: HK$200,468,000) are stated at cost of HK$228,000,000 (2016: HK$200,468,000) less impairments of HK$17,618,000 (2016: Nil) (note 8) because the range of reasonable fair value estimates is so significant that the directors of the Company are of the opinion that their fair value cannot be measured reliably. The Group does not intend to dispose of them in the near future.

The market value of the Group's listed equity investments at the date of approval of these financial statements was, in aggregate, approximately HK$164,270,000.

### 20. INVENTORIES

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Raw materials | 1,087,907 | 1,265,160 |
| Work in progress | 19,403 | 18,270 |
| Finished goods | 1,124,186 | 1,907,103 |
|  | 2,231,496 | 3,190,533 |
| Provision against obsolete and slow-moving inventories | (273,075) | (238,050) |
|  | 1,958,421 | 2,952,483 |

EXHIBIT C

Page 95

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 21.   TRADE RECEIVABLES

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Trade receivables | 3,518,280 | 3,986,354 |
| Impairment | (65,573) | (38,501) |
|  | 3,452,707 | 3,947,853 |

The Group's trading terms with its customers are mainly on credit. The credit period is generally 30 to 180 days. Each customer has a maximum credit limit. The Group seeks to maintain strict control over its outstanding receivables and has a credit control department to minimise credit risk. Overdue balances are reviewed regularly by senior management. In view of the aforementioned and the fact that the Group's trade receivables relate to a large number of diversified customers, there is no significant concentration of credit risk. The Group does not hold any collateral or other credit enhancements over its trade receivable balances. Trade receivables are non-interest-bearing.

The aging analysis of the trade receivables as at the end of the reporting period, based on the invoice date, is as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Within 3 months | 2,565,831 | 3,290,809 |
| 4 to 12 months | 781,676 | 573,317 |
| Over 12 months | 170,773 | 122,228 |
|  | 3,518,280 | 3,986,354 |
| Impairment | (65,573) | (38,501) |
|  | 3,452,707 | 3,947,853 |

57

EXHIBIT C

Page 96

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

21.  **TRADE RECEIVABLES** (continued)

The movements in provision for impairment of trade receivables are as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| At beginning of year | 38,501 | 57,613 |
| Impairment losses recognised (note 8) | 35,870 | 53,353 |
| Amount written off as uncollectible | (8,680) | (72,471) |
| Exchange realignment | (118) | 6 |
|  | 65,573 | 38,501 |

The above provision for impairment of trade receivables is for individually impaired trade receivables of HK$65,573,000 (2016: HK$38,501,000) with a carrying amount before provision of HK$148,384,000 (2016: HK$114,083,000). The individually impaired trade receivables relate to customers that were in financial difficulties.

The aging analysis of the trade receivables that are not individually nor collectively considered to be impaired is as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Neither past due nor impaired | 2,254,699 | 2,683,647 |
| Less than 1 month past due | 703,364 | 649,200 |
| 1 to 3 months past due | 351,127 | 376,267 |
| 4 to 12 months past due | 50,887 | 160,062 |
| Over 12 months past due | 9,819 | 3,095 |
|  | 3,369,896 | 3,872,271 |

Receivables that were neither past due nor impaired relate to a large number of diversified customers for whom there was no recent history of default.

Receivables that were past due but not impaired relate to a number of independent customers that have a good track record with the Group. Based on past experience, the directors of the Company are of the opinion that no provision for impairment is necessary in respect of these balances as there has not been a significant change in credit quality and the balances are still considered fully recoverable.

The illustrative disclosures for transfers of financial assets relating to trade receivable factoring arrangements are provided in note 41 to the financial statements.

EXHIBIT C

Page 97

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

22. **FACTORED TRADE RECEIVABLES AND BANK ADVANCES ON FACTORED TRADE RECEIVABLES**

During the years ended 31 December 2017 and 2016, the Group factored trade receivables to various banks for cash. As the Group retained substantially all risks and rewards of the factored trade receivables or the Group neither retained nor transferred substantially all of the risks and rewards of the factored trade receivables due to the retention of slow payment risk (the risk that the receivables pay later than the due date), the Group continued to recognise the full factored trade receivables or to the extent of its continuing involvement according to HKAS 39.

As at 31 December 2017, the assets and the associated liabilities representing the extent of the Group's continuing involvement in the factored trade receivables of which the Group neither retained nor transferred substantially all of the risks and rewards, amounted to HK$21,616,000 (2016: HK$17,757,000).

As at 31 December 2017, the factored trade receivables of which the Group retained substantially all risks and rewards, and the associated liabilities which were the bank advances from the factored trade receivables, amounted to HK$33,958,000 (2016: HK$79,318,000). Together with the continuing involvement as mentioned above, the balance of factored trade receivables and bank advances on factored trade receivables amounted to HK$55,574,000 (2016: HK$97,075,000) as at 31 December 2017.

No impairment is made on the factored trade receivables. The aging analysis of the factored trade receivables that are not individually nor collectively considered to be impaired is as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Neither past due nor impaired | 55,264 | 59,746 |
| Less than 3 months past due | 310 | 37,329 |
|  | 55,574 | 97,075 |

The details of the transferred financial assets that are not derecognised in their entirety are included in note 41(i) and 41(ii) to the financial statements.

EXHIBIT C

Page 98

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

23.  **PREPAYMENTS, DEPOSITS AND OTHER RECEIVABLES**

|  | 2017<br>HK$'000 | 2016<br>HK$'000 |
|---|---|---|
| Prepayments | 164,251 | 149,760 |
| Deposits and other receivables | 951,941 | 1,030,830 |
|  | 1,116,192 | 1,180,590 |
| Impairment* | (44,127) | (3,748) |
|  | 1,072,065 | 1,176,842 |

*The movements in provision for individually impaired prepayments, deposits and other receivables are as follows:

|  | 2017<br>HK$'000 | 2016<br>HK$'000 |
|---|---|---|
| At beginning of year | 3,748 | 15,490 |
| Impairment losses recognised (note 8) | 40,053 | 37,703 |
| Amount written off as uncollectible | - | (49,211) |
| Exchange realignment | 326 | (234) |
|  | 44,127 | 3,748 |

The individually impaired other receivables relate to debtors that were in financial difficulties and only a portion of the receivables is expected to be recovered. The Group does not hold any collateral or other credit enhancements over the balances.

The aging analysis of prepayments, deposits and other receivables that are not individually nor collectively considered to be impaired is as follows:

|  | 2017<br>HK$'000 | 2016<br>HK$'000 |
|---|---|---|
| Neither past due nor impaired | 1,072,065 | 1,176,545 |

Prepayments, deposits and other receivables that were neither past due nor impaired relate to a large number of diversified debtors for whom there was no recent history of default.

60

EXHIBIT C

Page 99

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 24. PLEDGED DEPOSITS AND CASH AND CASH EQUIVALENTS

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Cash and bank balances | 492,823 | 1,028,695 |
| Pledged deposits | 220,896 | 339,279 |
|  | 713,719 | 1,367,974 |
| Less: Pledged deposits: |  |  |
| - for factored trade receivables | - | 86,539 |
| - for interest-bearing bank borrowings, banking facilities and other financial instruments | 220,896 | 252,740 |
| Cash and cash equivalents | 492,823 | 1,028,695 |

At the end of the reporting period, the cash and bank balances and pledged deposits of the Group denominated in Renminbi ("RMB") amounted to HK$416,560,000 (2016: HK$553,692,000). The RMB is not freely convertible into other currencies, however, under Mainland China's Foreign Exchange Control Regulations and Administration of Settlement, Sale and Payment of Foreign Exchange Regulations, the Group is permitted to exchange RMB for other currencies through banks authorised to conduct foreign exchange business.

Cash at banks earns interest at floating rates based on daily bank deposit rates. The bank balances and pledged deposits are deposited with creditworthy banks with no recent history of default.

Included in the Group's cash and bank balances and pledged deposits are deposits of HK$33,639,000 (2016: HK$565,407,000) placed with TCL Finance Co., Ltd., a fellow subsidiary of the Company, which is a financial institution approved by the People's Bank of China. The effective interest rate for these deposits was 0.05%-1.62% (2016: 0.15%–3.12%) per annum, being the savings rate offered by the People's Bank of China.

EXHIBIT C

Page 100

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

25.  **INTEREST-BEARING BANK BORROWINGS**

|  | 2017 | | 2016 | |
|---|---|---|---|---|
|  | Maturity (Year) | HK$'000 | Maturity (Year) | HK$'000 |
| Current |  |  |  |  |
| Bank borrowings - unsecured | 2018 | 917,999 | 2017 | 866,646 |
| Bank borrowings - secured* | 2018 | 2,356,893 | 2017 | 2,290,997 |
|  |  | 3,274,892 |  | 3,157,643 |
| Non-current |  |  |  |  |
| Bank borrowings - secured* | 2019/2020 | 234,543 | 2018 | 93,072 |
|  |  | 3,509,435 |  | 3,250,715 |

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Analysed into: |  |  |
| Within one year or on demand | 3,274,892 | 3,157,643 |
| In the second year | 70,363 | 93,072 |
| In the third to fifth years, inclusive | 164,180 | - |
|  | 3,509,435 | 3,250,715 |

*  The Group's secured interest-bearing bank borrowings of HK$2,591,436,000 (2016: HK$2,384,069,000) are bank advances, which are guaranteed by the ultimate holding company (note 40(b)).

The effects of interest rate swaps in the Group's secured interest-bearing bank borrowings are further detailed in note 28 to the financial statements.

The effective contractual interest rates for the bank borrowings ranged from 2.16% to 3.30% (2016: 1.03% to 3.00%) per annum.

The Group's interest-bearing bank borrowings of HK$3,509,435,000 (2016: HK$3,238,561,000) are denominated in United States dollars. No interest-bearing bank borrowings was denominated in EUR (2016: HK$12,154,000).

62

EXHIBIT C

Page 101

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

26. **TRADE AND NOTES PAYABLES**

The aging analysis of the trade and notes payables as at the end of the reporting period, based on the invoice date, is as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Within 6 months | 2,506,214 | 3,941,465 |
| 7 to 12 months | 18,887 | 19,571 |
| Over 12 months | 15,495 | 23,983 |
|  | 2,540,596 | 3,985,019 |

The trade payables are non-interest-bearing and have an average term of 90 days.

27. **OTHER PAYABLES AND ACCRUALS**

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Advances from customers | 117,954 | 69,515 |
| Payroll and employee benefits payable | 278,040 | 309,788 |
| Interest payable | 10,429 | 5,580 |
| Other payables and accruals | 3,531,283 | 3,274,322 |
|  | 3,937,706 | 3,659,205 |

28. **DERIVATIVE FINANCIAL INSTRUMENTS**

|  | 2017 | | 2016 | |
|---|---|---|---|---|
|  | Assets HK$'000 | Liabilities HK$'000 | Assets HK$'000 | Liabilities HK$'000 |
| Forward currency contracts | 62,543 | 57,974 | 40,536 | 51,669 |
| Interest rate swaps | 675 | - | 2,726 | - |
|  | 63,218 | 57,974 | 43,262 | 51,669 |

**Forward currency contracts – cash flow hedges**
Some forward currency contracts are designated as hedging instruments in respect of forecast future sales to customers in Asia, Europe, United Kingdom and Americas to which the Group has firm commitments. The forward currency contract balances vary with the levels of expected foreign currency sales and changes in foreign exchange forward rates.

63

EXHIBIT C
Page 102

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

28. **DERIVATIVE FINANCIAL INSTRUMENTS** (continued)

**Forward currency contracts – cash flow hedges** (continued)

The terms of the forward currency contracts match the terms of the commitments. The cash flow hedges relating to expected future monthly sales from January to December of 2018 were assessed to be highly effective and net losses of HK$7,010,000 (2016: net gains of HK$115,169,000) were included in the hedging reserve as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Total fair value losses included in the hedging reserve* | (148,710) | (58,959) |
| Deferred tax on changes in fair value** | (11,516) | (3,912) |
| Reclassification from other comprehensive loss and recognised in the consolidated statement of profit or loss*** | 148,217 | 212,867 |
| Deferred tax on reclassification to profit or loss** | 4,999 | (34,827) |
| Net (losses)/gains on cash flow hedges | (7,010) | 115,169 |

**Interest rate swaps – cash flow hedges**

At 31 December 2017, the Group held interest rate swaps designated as hedges in respect of expected interest payments for floating rate debts incurred by the Group.

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Total fair value losses included in the hedging reserve* | (4,365) | (1,325) |
| Reclassification from other comprehensive loss and recognised in the consolidated statement of profit or loss (note 8)*** | 4,459 | 1,270 |
| Net gains/(losses) on cash flow hedges | 94 | (55) |

\* The net effective portion of changes in fair value of hedging instruments arising during the year amounted to a debit of HK$153,075,000 (2016: HK$60,284,000).

\*\* The net deferred tax on changes in fair value amounted to a debit of HK$6,517,000 during the year (2016: HK$38,739,000) (note 32).

\*\*\* The total net losses on cash flow hedges reclassified from other comprehensive loss amounted to HK$152,676,000 during the year (2016: HK$214,137,000).

During the year, the ineffective portion of the net losses on the forward currency contracts of HK$39,468,000 (2016: net gains of HK$7,630,000) (note 8) were recognised in the consolidated statements of profit or loss.

64

EXHIBIT C

Page 103

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

28.   **DERIVATIVE FINANCIAL INSTRUMENTS** (continued)

**For non-hedging currency derivatives**
The Group has entered into various forward currency contracts to manage its exchange rate exposures. These forward currency contracts are not designated for hedge purposes and are measured at fair value through profit or loss. The net realised gains and net unrealised gains on changes in the fair value of non-hedging currency derivatives amounted to HK$457,471,000 (2016: net losses of HK$137,850,000) and HK$17,885,000 (2016: HK$8,378,000) respectively, resulting in net gains of HK$475,356,000 (2016: net losses of HK$129,472,000) (note 8) recognised in the consolidated statement of profit or loss during the year. The maturity dates of derivative financial instruments are within one year.

**Interest rate swap – non cash flow hedges**
The Group has entered into several interest rate swap contracts to manage its floating rate debts. These interest rate swap contracts are not designated for hedge purposes and are measured at fair value through profit or loss. Losses on changes in the fair value of non-hedging interest rate swap amounting to HK$2,276,000 (2016: gains of HK$2,726,000) (note 8) was recognised in the statement of profit or loss during the year. The maturity dates of the interest rate swap contracts are within one year.

29.   **PROVISION FOR WARRANTIES**

The movements in the provision for warranties are summarised as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| At 1 January | 317,435 | 422,912 |
| Additional provision (note 8) | 353,361 | 484,322 |
| Amounts utilised during the year | (380,182) | (590,445) |
| Exchange realignment | 15,253 | 646 |
| At 31 December | 305,867 | 317,435 |

The Group generally provides warranties of 12 to 24 months to its customers on products, under which faulty products are repaired or replaced. The amount of the provision for warranties is estimated based on sales volumes and past experience of the level of repairs and returns. The estimation basis is reviewed on an ongoing basis and revised where appropriate. During the year, the provision for warranties was not discounted, as the effect of discounting was not material.

EXHIBIT C
Page 104

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

30.    **RETIREMENT INDEMNITIES**

Retirement indemnities in respect of the pension plan are as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Retirement indemnities: |  |  |
| Present value of fund obligation | 4,431 | 3,704 |

Movements in retirement indemnities are as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| At 1 January | 3,704 | 5,197 |
| Recognised/(reversed) during the year | 192 | (1,379) |
| Exchange realignment | 535 | (114) |
| At 31 December | 4,431 | 3,704 |

The Group does not have any unfunded obligations.

The main assumptions used in the retirement indemnity computation for the pension plan are as follows:

|  | 2017 | 2016 |
|---|---|---|
| Discount rate | 1.30% | 1.40% |
| Future salary increase rate per annum | 1.00% | 1.00% |

31.    **LONG SERVICE MEDALS**

A subsidiary of the Company incorporated in France, provides for the probable future long service medals expected to be made to employees. The provision is based on the best estimate of the probable future payments which have been earned by the employees from their service to the subsidiary to the end of the reporting period.

66

EXHIBIT C

Page 105

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 32. DEFERRED TAX

The movements in deferred tax assets and liabilities during the year are as follows:

### Deferred tax assets

| | Tax losses HK$'000 | Promotion and accruals HK$'000 | Deferred income HK$'000 | Product warranty provision HK$'000 | Bad debt provision HK$'000 | Provision against inventories HK$'000 | Unrealised profit HK$'000 | Impairment of non-current assets HK$'000 | Cash flow hedges HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|---|---|---|---|
| At 1 January 2017 | 88,709 | 21,969 | 50,207 | 2,593 | 955 | 51,978 | 42,386 | 621 | 2,444 | 261,862 |
| Deferred tax credited/(charged) to the consolidated statement of profit or loss during the year | (25,474) | 7,064 | (25,577) | (547) | (638) | 1,446 | 4,604 | - | - | (39,122)* |
| Deferred tax charged to the consolidated statement of comprehensive income during the year | - | - | - | - | - | - | - | - | (3,196) | (3,196)** |
| Exchange realignment | 11,036 | 1,306 | 3,411 | 337 | 18 | 3,695 | - | 43 | 752 | 20,598 |
| Gross deferred tax assets at 31 December 2017 | 74,271 | 30,339 | 28,041 | 2,383 | 335 | 57,119 | 46,990 | 664 | - | 240,142 |
| | Tax losses HK$'000 | Promotion and accruals HK$'000 | Deferred income HK$'000 | Product warranty provision HK$'000 | Bad debt provision HK$'000 | Provision against inventories HK$'000 | Unrealised profit HK$'000 | Impairment of non-current assets HK$'000 | Cash flow hedges HK$'000 | Total HK$'000 |
| At 1 January 2016 | 83,140 | 23,836 | 30,215 | 7,212 | 1,318 | 48,546 | 38,360 | 1,590 | 42,262 | 276,479 |
| Deferred tax credited/(charged) to the consolidated statement of profit or loss during the year | 8,825 | 2,079 | 9,094 | (1,353) | (96) | 2,700 | 4,026 | (361) | - | 24,914* |
| Deferred tax charged to the consolidated statement of comprehensive income during the year | - | - | - | - | - | - | - | - | (38,739) | (38,739)** |
| Exchange realignment | (3,256) | (3,946) | 10,898 | (3,266) | (267) | 732 | - | (608) | (1,079) | (792) |
| Gross deferred tax assets at 31 December 2016 | 88,709 | 21,969 | 50,207 | 2,593 | 955 | 51,978 | 42,386 | 621 | 2,444 | 261,862 |

67

EXHIBIT C
Page 106

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

32. **DEFERRED TAX** (continued)

**Deferred tax assets** (continued)

Deferred tax assets are recognised for tax losses carried forward to the extent that realisation of the related tax benefit through future taxable profits is probable. The Group had unrecognised tax losses of HK$1,477,732,000 (2016: HK$137,332,000), expiring in five years after occurrence, which were related to the subsidiaries in Mainland China and HK$4,843,838,000 (2016: HK$3,113,823,000) with infinite expiration, which were related to overseas subsidiaries as at 31 December 2017 carried forward for offsetting against future taxable profits of the subsidiaries in which the losses arose. Deferred tax assets have not been recognised in respect of these losses as they have arisen in subsidiaries that have been loss-making for some time and it is not considered probable that taxable profits will be available against which the tax loss can be utilised.

**Deferred tax liabilities**

|  | Cash flow hedges HKD'000 | Income not subject to tax HK$'000 | Depreciation allowance in excess of related depreciation HK$'000 | Total HK$'000 |
|---|---|---|---|---|
| At 1 January 2017 | - | 3,844 | 11,569 | 15,413 |
| Deferred tax (credited)/charged to the consolidated statement of profit or loss during the year | - | 6,123 | (1,847) | 4,276* |
| Deferred tax charged to the consolidated statement of comprehensive income during the year | 3,321 | - | - | 3,321** |
| Exchange realignment | 115 | (843) | 88 | (640) |
| Gross deferred tax liabilities at 31 December 2017 | 3,436 | 9,124 | 9,810 | 22,370 |

68

EXHIBIT C

Page 107

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

32.    **DEFERRED TAX** (continued)

**Deferred tax liabilities** (continued)

| | Income not subject to tax HK$'000 | Depreciation allowance in excess of related depreciation HK$'000 | Total HK$'000 |
|---|---|---|---|
| At 1 January 2016 | 7,596 | 10,500 | 18,096 |
| Deferred tax (credited)/charged to the consolidated statement of profit or loss during the year | (3,712) | 1,063 | (2,649) * |
| Exchange realignment | (40) | 6 | (34) |
| Gross deferred tax liabilities at 31 December 2016 | 3,844 | 11,569 | 15,413 |

\*    Being the net deferred tax debit of HK$43,398,000 (2016: credit of HK$27,563,000) (note 10) to the consolidated statement of profit or loss during the year.

\*\*    Being the total net deferred tax debit of HK$6,517,000 (2016: HK$38,739,000) (note 28) to the consolidated statement of comprehensive income.

At 31 December 2017, no deferred tax has been recognised for withholding taxes that would be payable on the unremitted earnings that are subject to withholding taxes of the Group's subsidiaries established in Mainland China. In the opinion of the directors of the Company, it is not probable that these subsidiaries will distribute such earnings in the foreseeable future. The aggregate amount of temporary differences associated with investments in subsidiaries in Mainland China for which deferred tax liabilities have not been recognised totalled approximately HK$6,308,618,000 (2016: HK$ 6,333,978,000).

EXHIBIT C

Page 108

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 33. SHARE CAPITAL

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Shares | | |
| Issued and fully paid: | | |
| 1,278,984,117 (2016:1,278,984,117) ordinary shares | 1,278,984 | 1,278,984 |

A summary of movements in the Company's share capital is as follows:

|  | Number of shares | Issued share capital HK$'000 |
|---|---|---|
| At 1 January 2016 | 1,267,798,516 | 1,267,799 |
| Exercise of Share Options | 10,770,106 | 10,770 |
| Vesting of Awarded Shares | 415,495 | 415 |
| At 31 December 2016 , 1 January 2017 and 31 December 2017 | 1,278,984,117 | 1,278,984 |

## 34. RESERVES

The amounts of the Group's reserves and the movements therein for the current and prior years are presented in the consolidated statement of changes in equity on pages 7 and 8 of the financial statement.

The Group's contributed surplus represents the excess of the nominal value of the shares and the share premium account of the subsidiaries acquired pursuant to the Group's reorganisation prior to the listing of the Company's shares, over the nominal value of the Company's shares issued in exchange therefor.

Pursuant to the relevant laws and regulations in the PRC and some overseas countries, certain portion of the profits of the Group's subsidiaries established in the PRC and some overseas countries should be transferred to the statutory reserve which is restricted as to use.

The Group's other reserve includes the excess of the consideration over the carrying amount of net assets acquired in business combinations under common control of HK$1,122,895,000 (2016: HK$130,232,000), the gain of changes in ownership of a subsidiary without loss of control of HK$244,000 (2016: HK$244,000), the gain of the acquisition of minority interests in subsidiaries of HK$901,000 (2016: Nil).

70

EXHIBIT C

Page 109

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

**35. BUSINESS COMBINATION**

**Acquisition of a new business under common control**

On 25 August 2017, the Group acquired 40.0% and 40.01% interest of Eastern Ray Investments Limited from Ultimate Rosy Limited (a fellow subsidiary of the Company ) and Power Plan Ventures Limited (a third-party) respectively. The purchase consideration for the acquisition was in the form of cash of US$1 respectively (equivalent to approximately HK$15) and fully paid on 29 September 2017.

Since the Company and Eastern Ray Investments Limited are under common control of TCL Corporation, the Group adopted pooling of interests method to account for this transaction. No restatement of financial information in the consolidated financial statements for the periods prior to the combination under common control was made in applying the pooling of interests method.

The carrying amount of the identifiable assets and liabilities of Eastern Ray Investments Limited and its owned subsidiaries as at the date of combination were as follows:

|  | Carrying amount recognised on acquisition |
| --- | --- |
|  | HK$'000 |
| Property, plant and equipment | 600 |
| Inventories | 4,676 |
| Trade receivables | 91,160 |
| Prepayments, deposits and other receivables | 30,439 |
| Due from related companies | 8,063 |
| Cash and cash equivalents | 33,740 |
| Trade payables | (3,846) |
| Other payables and accruals | (431,990) |
| Due to related companies | (719,552) |
| Total identifiable net assets at carrying amount | (986,710) |
| Other reserve (note 34) | 992,663 |
| Satisfied by: |  |
| Cash | - |
| Available-for-sale investment | 5,953 |

71

EXHIBIT C

Page 110

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

35. **BUSINESS COMBINATION** (continued)

**Acquisition of a new business under common control** (continued)

An analysis of the cash flows in respect of the acquisition of subsidiaries is as follows:

|  | HK$'000 |
|---|---|
| Cash consideration | - |
| Cash and bank balances acquired | 33,740 |
| Net inflow of cash and cash equivalents included in cash flows from investing activities | 33,740 |

Since its combination, the distribution telephone business contributed turnover of HK$36,303,000 and incurred losses of HK$25,169,000 for year 2017. Had the combination taken place at the beginning of the year, the revenue of the Group and the loss of the Group for the year would have been HK$17,194,342,000 and HK$2,388,843,000 respectively.

36. **NOTES TO THE CONSOLIDATED STATEMENT OF CASH FLOWS**

(a) Major non-cash transactions

In 2017 and 2016, the Group didn't entered into major non-cash transactions.

(b) Reconciliation of liabilities arising from financing activities

|  | Interest-bearing bank borrowings HK$'000 | Bank advances on factored trade receivables HK$'000 | Loans from a related company HK$'000 |
|---|---|---|---|
| At 1 January 2017 | 3,250,715 | 97,075 | - |
| Changes from financing cash flows during the year |  |  |  |
| Addition | 16,765,826 | 397,420 | 56,414 |
| Repayment | (16,691,759) | (438,921) | (56,414) |
| Foreign exchange movement | 184,653 | - | - |
| At 31 December 2017 | 3,509,435 | 55,574 | - |

72

EXHIBIT C
Page 111

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

37. **DISPOSAL OF A SUBSIDIARY**

On 1 December 2017, the Group entered into share purchase agreement with Shenzhen Feima Kunlun Investment Co., Ltd, an independent third party to the Group, to dispose its 100% equity interest in Huizhou Chuangjie Communication Technology Co., Ltd. at a consideration of RMB143,353,000 (equivalent to approximately HK$165,802,000).

The carrying amounts of net assets disposed of as at the date of disposal were as followings:

|  | Notes | HK$'000 |
|---|---|---|
| Property, plant and equipment |  | 17,806 |
| Investment properties | 13 | 24,310 |
| Prepaid land lease payment | 14 | 10,964 |
| Cash and bank balances |  | 1,450 |
| Prepayments, deposits and other receivables |  | 14,282 |
| Other payables and accruals |  | (16,456) |
| Tax payable |  | (828) |
|  |  | 51,528 |
| Exchange fluctuation reserve |  | (3,233) |
| Gain on disposal of a subsidiary |  | 117,507 |
| Consideration |  | 165,802 |
| Satisfied by : |  |  |
| Cash |  | 84,559 |
| Other receivables |  | 81,243 |
|  |  | 165,802 |

An analysis of the cash flows in respect of the disposal of the subsidiary is as follows:

|  | HK$'000 |
|---|---|
| Cash consideration | 84,559 |
| Cash and bank balances disposed of | (1,450) |
| Net inflow of cash and cash equivalents included in cash flows from investing activities | 83,109 |

During the current year, the Group also disposed Huizhou Cellutel Communication Co.,Ltd. and Solar International Limited with the total consideration of HK$26,674,000 (note 40(b)), which brought cash outflow of HK$65,781,000 and disposal gain of HK$18,168,000.

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

38.  **OPERATING LEASE ARRANGEMENTS**

(a)  As lessor

The Group leases its investment properties under operating lease arrangements, with leases negotiated for terms ranging from one to six years.

At 31 December 2017, the Group had total future minimum lease receivables under non-cancellable operating leases with its tenants falling due as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Within one year | 9,661 | 15,865 |
| In the second to fifth years, inclusive | 3,386 | 5,039 |
| Over five years | - | 91 |
|  | 13,047 | 20,995 |

(b)  As lessee

The Group leases certain of its office premises, warehouses and staff dormitories under operating lease arrangements. Leases for these properties are negotiated for terms ranging from one to ten years.

At 31 December 2017, the Group had total future minimum lease payments under non-cancellable operating leases falling due as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Within one year | 35,501 | 62,376 |
| In the second to fifth years, inclusive | 92,296 | 90,704 |
| Over five years | 22,104 | 32,009 |
|  | 149,901 | 185,089 |

39.  **CAPITAL COMMITMENTS**

In addition to the operating lease commitments detailed in note 38(b) above, the Group had the following capital commitments at the end of the reporting period:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Contracted, but not provided for: |  |  |
| Property, plant and equipment | - | 7,151 |
| Capital contribution payable to an associate | - | 46,536 |
|  | - | 53,687 |

74

EXHIBIT C

Page 113

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

40.   **RELATED PARTY TRANSACTIONS**

   (a)   **Transactions with related parties**

   In addition to the transactions detailed elsewhere in these financial statements, the Group had the following transactions with related parties during the year:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Transactions with the ultimate holding company: |  |  |
| Interest income | 94 | - |
| Technology service expense | 722 | 987 |
| Fees and commission | 6,892 | - |
| Purchases of products | 67 | 39 |
| Rental charges | 2,554 | 2,818 |
| Service expenses | 300 | 485 |
| Research and development expenses | 37,609 | 43,327 |
| Transactions with fellow subsidiaries: |  |  |
| Purchases of raw materials | 1,095,069 | 1,344,383 |
| Administration fee for purchases of raw materials | - | 3 |
| Interest income | 6,121 | 13,999 |
| Rental charges | 5,810 | 37,080 |
| Rental income | 12,126 | 11,737 |
| Fees and commission | 1 | 21 |
| Sales of raw materials | 2,958 | 5,000 |
| Sales of products and spare parts | 73,719 | 421,865 |
| Sales of fix assets | 2,987 | - |
| Purchases of products | 195 | 2,539 |
| Purchases of fixed assets | 5,358 | - |
| Service expenses | 268 | 5,163 |
| Loans obtained | 56,414 | 277,263 |
| Interest expenses | 4 | 88 |
| Service income | 23,608 | 4,350 |
| Research and development expenses | 191 | - |
| Transactions with joint ventures: |  |  |
| Service expenses | - | 5,890 |
| Service income | 4,576 | - |
| Sales of products | 102,786 | 22,628 |
| Rental income | 1,657 | 2,723 |
| Sales of fix assets | 2,246 | - |
| Sales of raw materials | 34 | - |
| Transactions with associates: |  |  |
| Rental income | 849 | 2,575 |
| Sales of fixed asset | 5,069 | 264 |
| Purchases of products | 19,360 | 7,924 |
| Purchase of fixed asset | 1,806 | - |

EXHIBIT C
Page 114

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

40.  **RELATED PARTY TRANSACTIONS** (continued)

(b)  **Other transactions with related parties**

i.  The Company's ultimate holding company has guaranteed certain bank loans made to the Group of up to HK$2,591,436,000 (2016: HK$2,384,069,000) (note 25) as at the end of the reporting period.

ii.  On 25 August 2017, Fast Rich Global Limited, a wholly-owned subsidiary of the Company, entered into an agreement with Ultimate Rosy Limited (a fellow subsidiary of the Company) and Power Plan Ventures Limited to acquire 40.0% and 40.01% interest of Eastern Ray Investments Limited respectively. The consideration for the acquisitions was US$1 respectively (equivalent to approximately HK$15) and has been fully paid during the year.

iii.  On 25 August 2017, Shenzhen Quanhuifeng Technology Co., Limited ("Quanhuifeng"), a subsidiary of the Company, entered into an agreement with TCL Corporation in which Quanhuifeng transferred 27% equity interests of Huizhou Cellutel Communication Co., Ltd. to TCL Corporation with a consideration of RMB22,500,000 (equivalent to HK$26,674,000). The consideration has been fully received during the year.

iv.  On 1 November 2017, CUP Commerce Company Limited ("CUP", a subsidiary of the Company) and City Colour Global Limited ("City Colour", a subsidiary of the Company) entered into an agreement with Huiyi Development Limited ("Huiyi", a fellow subsidiary of the Company) in which CUP and City Colour transferred 26.67% and 33.33% equity interests of Solar International Limited to Huiyi with a consideration of HK$1 respectively.  The consideration will be received in the near future.

(c)  **Commitments with related parties**

i.  On 24 December 2015, the Company and TCL Corporation had entered into a R&D fund framework (renewal 2015) agreement for receiving research and development service from TCL Corporation, which is effective from 1 January 2016 to 31 December 2018.

ii.  Subsidiaries of the Group have entered into several leasehold contracts with related parties, to lease certain premises for the Group's operation.

EXHIBIT C

Page 115

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

40. **RELATED PARTY TRANSACTIONS** (continued)

(d) **Outstanding balances with related parties**

|  | Due from related companies | | Due to related companies | |
|---|---|---|---|---|
|  | 2017 HK$'000 | 2016 HK$'000 | 2017 HK$'000 | 2016 HK$'000 |
| Current: |  |  |  |  |
| The ultimate holding company | 999 | 766 | 9,701 | - |
| Fellow subsidiaries | 35,492 | 821,960 | 175,756 | 166,091 |
| Joint ventures | 25,418 | 40,337 | 216 | 31,118 |
| Associates | 124,735 | 94,481 | 10,467 | 8,653 |
|  | 186,644 | 957,544 | 196,140 | 205,862 |

The balances are mainly trading balances which are unsecured, interest-free and have no fixed terms of repayment.

(e) **Compensation of key management personnel of the Group**

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| Short-term employee benefits | 16,834 | 21,255 |
| Pension scheme contributions | 501 | 596 |
| Share-based payment benefit expenses | - | 11,880 |
| Total compensation paid to key management personnel | 17,335 | 33,731 |

(f) **Loan to directors of the Company**

Loan to director of the Company, disclosed pursuant to section 383(1) (d) of the Hong Kong Companies Ordinance and Part 3 of the Companies (Disclosure of Information about Benefits of Directors) Regulation, is as follow:

|  | At 31 December 2017 HK$'000 | Maximum amount outstanding during the year HK$'000 | At 31 December 2016 and 1 January 2017 HK$'000 | Maximum amount outstanding during the prior year HK$'000 | At 1 January 2016 HK$'000 |
|---|---|---|---|---|---|
| Director | 3,909 | 3,909 | 3,909 | 23,299 | 23,299 |

77

EXHIBIT C

Page 116

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

41. **TRANSFERS OF FINANCIAL ASSETS**

**Transferred financial assets that are not derecognised in their entirety**

i.     As part of its normal business, the Group factored trade receivables to banks on a recourse basis for cash. In the opinion of the directors of the Company, the Group still retained the risks and rewards associated with the delay in payment by the customers, the financial asset derecognition conditions as stipulated in HKAS 39 have not been fulfilled. The Group continued to recognise the full carrying amounts of the factored trade receivables, and accordingly, bank advances from the factoring of the Group's trade receivables have been accounted for as liabilities in the consolidated statement of financial position. The aggregate carrying amount of trade receivables factored as at 31 December 2017 amounted to HK$37,519,000 (2016: HK$71,532,000) and the carrying amount of factored trade receivables and bank advances on factored trade receivables as at 31 December 2017 amounted to HK$33,958,000 (2016: HK$79,318,000) (note 22).

ii.    During the year ended 31 December 2017, the Group entered into trade receivable factoring arrangements and transferred certain trade receivables to banks. Under the arrangements, the Group was required to pay interest to the banks during the payment term of trade debtors or a certain period, using the less. The Group is not exposed to default risks of the trade debtors after the transfer. Subsequent to the transfer, the Group did not retain any rights on the use of the trade receivables, including the sale, transfer or pledge of the trade receivables to any other third parties. The original carrying value of the trade receivables transferred under the arrangement that have not been settled as at 31 December 2017 amounted to HK$1,250,546,000 (2016: HK$1,427,005,000). The carrying amount of the assets that the Group continued to recognise and the associated liabilities as at 31 December 2017 amounted to HK$21,616,000 (2016: HK$17,757,000) (note 22).

**Transferred financial assets that are derecognised in their entirety**

As part of its normal business, the Group factored trade receivables to banks on a non-recourse basis for cash. In the opinion of the directors of the Company, as the Group has transferred substantially all risks and rewards associated with the factored trade receivables, the financial asset derecognition conditions as stipulated in HKAS 39 have been fulfilled. Accordingly, the Group has derecognised the full carrying amounts of the trade receivables. The aggregate carrying amount of trade receivables transferred as at 31 December 2017 was HK$939,132,000 (2016: HK$2,632,126,000).

EXHIBIT C

Page 117

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

42. **FAIR VALUE AND FAIR VALUE HIERARCHY OF FINANCIAL INSTRUMENTS**

The carrying amounts of the Group's financial instruments approximate to their fair values.

Management has assessed that the fair values of cash and cash equivalents, pledged deposits, trade receivables, notes receivable, factored trade receivables, trade and notes payables, financial assets included in prepayments, deposits and other receivables, financial liabilities included in other payables and accruals, due from/to related companies, current portion of interest-bearing bank borrowings and bank advances on factored trade receivables approximate to their carrying amounts largely due to the short-term maturities of these instruments.

The Group's finance department headed by the finance manager is responsible for determining the policies and procedures for the fair value measurement of financial instruments. The finance manager reports directly to the management. At each reporting date, the finance department analyses the movements in the values of financial instruments and determines the major inputs applied in the valuation. The valuation is reviewed and approved by the management. The valuation process and results are discussed with the audit committee twice a year for interim and annual financial reporting.

The fair values of the financial assets and liabilities are included at the amount at which the instrument could be exchanged in a current transaction between willing parties, other than in a forced or liquidation sale.

The following methods and assumptions were used to estimate the fair values:

The fair values of the non-current portion of interest-bearing bank borrowings have been calculated by discounting the expected future cash flows using rates currently available for instruments with similar terms, credit risk and remaining maturities. The Group's own non-performance risk for interest-bearing-bank borrowings as at 31 December 2017 was assessed to be insignificant.

The fair values of listed equity investments are based on quoted market prices.

At 31 December 2017, the unlisted available-for-sale investments of HK$210,382,000 (2016: HK$200,468,000) (note 19) were stated at cost less any impairment losses as the fair value cannot be reliably measured because the probabilities of the various estimates within the range of reasonable fair value estimates cannot be reasonably assessed and used in estimating fair value.

The Group enters into various forward currency contracts and interest rate swap transactions with international banks with A and B credit rating with Moody's and the biggest banks in Mainland China. Derivative financial instruments, including forward currency contracts and interest rate swaps, are measured using valuation techniques similar to forward pricing and swap models, using present value calculations. The models incorporate various market observable inputs including the credit quality of these international banks, foreign exchange spot and forward rates and interest rate curves. The carrying amounts of forward currency contracts and interest rate swaps are the same as their fair values.

As at 31 December 2017, the market to market value of the derivative asset position is net of a credit valuation adjustment attributable to derivative counterparty default risk. The changes in counterparty credit risk had no material effect on the hedge effectiveness assessment for derivatives designated in hedge relationship and other financial instruments recognised at fair value.

EXHIBIT C

Page 118

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

42. **FAIR VALUE AND FAIR VALUE HIERARCHY OF FINANCIAL INSTRUMENTS** (continued)

**Fair value hierarchy**
As at 31 December 2017, the listed equity investments and the derivative financial instruments measured at fair value held by the Group belong to hierarchy Level 1 and hierarchy Level 2 respectively, as disclosed in the accounting policy.

During the year, there were no transfers of fair value measurements between Level 1 and Level 2 and no transfers into or out of Level 3 for both financial assets and financial liabilities (2016: Nil).

43. **FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES**

The Group's exposure to market risk (including interest rate risk and foreign currency risk), credit risk and liquidity risk arises in the normal course of its business. These risks are managed by the Group's financial management policies and practices described below:

**Interest rate risk**
The Group's exposure to the risk to a changes in market interest rates relates primarily to the Group's long term debt obligations with a floating interest rate. The Group also held interest rate swap contracts designated as hedges in respect of expected interest payments for floating rate debts incurred by the Group.

The following table demonstrates the sensitivity to a reasonably possible change in the United States dollar interest rate of the Group's bank loans and interest rate swaps, with all other variables held constant, of the Group's profit before tax and the Group's equity.

|  | Increase/(decrease) in basis points | Increase/(decrease) in profit before tax HK$'000 | Increase/ (decrease) in equity* HK$'000 |
|---|---|---|---|
| 2017 |  |  |  |
| United States dollar | 25 | (2,221) | - |
| United States dollar | (25) | 2,221 | - |

|  | Increase/(decrease) in basis points | Increase/(decrease) in profit before tax HK$'000 | Increase/ (decrease) in equity* HK$'000 |
|---|---|---|---|
| 2016 |  |  |  |
| United States dollar | 25 | (786) | - |
| United States dollar | (25) | 774 | - |

* Excluding retained profits.

80

EXHIBIT C
Page 119

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

43.  **FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** (continued)

**Foreign currency risk**

The Group has transactional foreign currency exposures. These exposures arise from sales or purchases by operating units in currencies other than the units' functional currencies. The Group uses forward currency contracts to reduce the foreign currency exposures.

It is the Group's policy to negotiate the terms of the hedging instruments to match the terms of the hedged item to maximise hedge effectiveness.

The following table demonstrates the sensitivity at the end of the reporting period to a reasonably possible change in exchange rates, with all other variables held constant, of the Group's profit before tax (due to changes in the fair value of monetary assets and liabilities and non-hedging forward currency contracts) and the Group's equity (due to changes in the fair value of hedging forward currency contracts).

|  | Increase/ (decrease) in exchange rate | Increase/ (decrease) in profit before tax HK$'000 | Increase/ (decrease) in equity* HK$'000 |
| --- | --- | --- | --- |
| **2017** |  |  |  |
| If Euro strengthens against Hong Kong dollar | 5% | (26,731) | (24,894) |
| If Euro weakens against Hong Kong dollar | (5%) | 26,731 | 24,894 |
| If United States dollar strengthens against RMB | 5% | 14,698 | (52,825) |
| If United States dollar weakens against RMB | (5%) | (14,698) | 52,825 |
| **2016** |  |  |  |
| If Euro strengthens against Hong Kong dollar | 5% | 5,589 | (8,711) |
| If Euro weakens against Hong Kong dollar | (5%) | (5,589) | 8,711 |
| If United States dollar strengthens against RMB | 5% | 56,359 | (27,277) |
| If United States dollar weakens against RMB | (5%) | (56,359) | 27,277 |

\* Excluding retained profits.

**Credit risk**

The credit risk of the Group's financial assets, which comprise cash and cash equivalents, pledged deposit, other receivables, notes receivables, factored trade receivables, amounts due from related companies, and trade receivables, arises from default of the counterparty, with a maximum exposure equal to the carrying amounts of these instruments.

In order to minimise the credit risk, the management of the Group has delegated a team responsible for determination of credit limits, credit approval and other monitoring procedures to ensure that follow-up action is taken to recover overdue debts. In addition, the Group reviews regularly the recoverable amount of each individual trade receivable to ensure that adequate impairment losses are made for irrecoverable amounts. Besides, the Group also utilises factoring facilities and credit insurance to minimise credit risk. In this regard, the directors of the Company consider that the Group's credit risk is minimal.

Concentration of credit risk is analysed by customer/counterparty and by geographical region. There is no significant concentration of credit risk with the Group.

EXHIBIT C
Page 120

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

43.   **FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** (continued)

**Credit risk** (continued)
Further quantitative data in respect of the Group's exposure to credit risk arising from trade receivables and other receivables are disclosed in note 21 and note 23 to the financial statements respectively.

**Liquidity risk**
The Group monitors its risk of shortage of funds using a recurring liquidity planning tool. This tool considers the maturity of both its financial instruments and financial assets (e.g., trade receivables) and projected cash flows from operations.

The Group's objective is to maintain a balance between continuity of funding and flexibility through the use of interest-bearing bank borrowings. The maturity profiles of the Group's interest-bearing bank borrowings and derivative financial instruments are disclosed in note 25 and note 28 to the financial statements respectively.

As at 31 December 2017, other financial liabilities excluding interest-bearing bank borrowings and derivative financial instruments of HK$34,382,000 (2016: HK$43,554,000) and HK$4,640,876,000 (2016: HK$6,302,756,000) would be repayable on demand and mature within one year, respectively.

**Capital management**
The primary objectives of the Group's capital management are to safeguard the Group's ability to continue as a going concern in order to provide returns for shareholders and to maintain optimal capital structure to reduce the cost of capital.

The Group manages its capital structure and makes adjustments to it in light of changes in economic conditions and the risk characteristics of the underlying assets. To maintain or adjust the capital structure, the Group may adjust the dividend payment to shareholders, return capital to shareholders or issue new shares. No changes were made in the objectives, policies or processes for managing capital during the years ended 31 December 2017 and 31 December 2016.

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

43. **FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** (continued)

**Capital management** (continued)

The Group monitors capital using a gearing ratio, which is net debt divided by the adjusted capital plus net debt. The Group's policy is to maintain the gearing ratio at an appropriate level. Net debt includes interest-bearing bank borrowings, trade and notes payables, bank advances on factored trade receivables, other payables and accruals, amounts due to related companies and other non-current liabilities, less cash and cash equivalents and pledged deposits. Adjusted capital includes equity attributable to owners of the parent less hedging reserve. The gearing ratios as at the end of the reporting periods were as follows:

|  | 2017<br>HK$'000 | 2016<br>HK$'000 |
|---|---|---|
| Total interest-bearing bank borrowings | 3,509,435 | 3,250,715 |
| Trade and notes payables | 2,540,596 | 3,985,019 |
| Bank advances on factored trade receivables | 55,574 | 97,075 |
| Other payables and accruals | 3,937,706 | 3,659,205 |
| Due to related companies | 196,140 | 205,862 |
| Other non-current liabilities | 120,001 | 160,667 |
| Less:  Cash and cash equivalents | 492,823 | 1,028,695 |
|          Pledged deposits | 220,896 | 339,279 |
| Net debt | 9,645,733 | 9,990,569 |
| Equity attributable to owners of the parent | 58,912 | 2,723,319 |
| Less: Hedging reserve | (1,105) | 5,811 |
| Adjusted capital | 60,017 | 2,717,508 |
| Adjusted capital and net debt | 9,705,750 | 12,708,077 |
| Gearing ratio | 99% | 79% |

83

EXHIBIT C

Page 122

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

44.   **COMPARATIVE AMOUNTS**

The Group has chosen to present the government grant related to income and assets as a deduction in reporting the related expense since 1 January 2017. The Group has adopted this change in accounting policy retrospectively and the comparative figures have been restated, and certain comparative amounts have been restated to conform with current year's presentation and disclosures.

45.   **EVENTS AFTER THE REPORTING PERIOD**

In March 2018, the Group entered into the agreement (the "Agreement") for the sales of shares of a wholly owned subsidiary (the "Object") with a joint venture (the "Purchaser") of the ultimate holding company of the Company.

The Purchaser agreed to buy the shares on the terms and conditions set out in the Agreement with consideration of around US$60,583,000 (approximately HK$475,522,000).

Upon the completion of the Agreement, the Purchaser will obtain 100% interest of the Object.

EXHIBIT C

Page 123

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

**46.    STATEMENT OF FINANCIAL POSITION OF THE COMPANY**

Information about the statement of financial position of the Company at the end of the reporting period is as follows:

|  | 2017 HK$'000 | 2016 HK$'000 |
|---|---|---|
| **NON-CURRENT ASSETS** | | |
| Other intangible assets | 198,028 | 228,463 |
| Property, plant and equipment | 3,545 | - |
| Investments in subsidiaries | 1,889,019 | 1,889,513 |
| Total non-current assets | 2,090,592 | 2,117,976 |
| **CURRENT ASSETS** | | |
| Due from subsidiaries | 2,159,564 | 1,925,055 |
| Prepayments, deposits and other receivables | 20,979 | 12,014 |
| Cash and cash equivalents | 1,693 | 1,646 |
| Total current assets | 2,182,236 | 1,938,715 |
| **CURRENT LIABILITIES** | | |
| Interest-bearing bank borrowing | 93,817 | 85,316 |
| Due to subsidiaries | 1,701,280 | 1,603,872 |
| Other payables and accruals | 11,108 | 7,889 |
| Total current liabilities | 1,806,205 | 1,697,077 |
| NET CURRENT ASSETS | 376,031 | 241,638 |
| TOTAL ASSETS LESS CURRENT LIABILITIES | 2,466,623 | 2,359,614 |
| **NON-CURRENT LIABILITIES** | | |
| Interest-bearing bank borrowing | 234,543 | 93,072 |
| Total non-current liabilities | 234,543 | 93,072 |
| Net assets | 2,232,080 | 2,266,542 |
| **EQUITY** | | |
| Share capital | 1,278,984 | 1,278,984 |
| Reserves (note a) | 953,096 | 987,558 |
| Total equity | 2,232,080 | 2,266,542 |

85

EXHIBIT C

Page 124

TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED

NOTES TO FINANCIAL STATEMENTS

31 December 2017

## 46.   STATEMENT OF FINANCIAL POSITION OF THE COMPANY (continued)

Note a:

A summary of the Company's reserves is as follows:

| | Contributed surplus HK$'000 | Share premium account HK$'000 | Awarded share reserve HK$'000 | Share option reserve HK$'000 | Accumulated loss HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|
| At 1 January 2016 | 669,907 | 553,921 | 6,559 | 53,374 | (46,989) | 1,236,772 |
| | | | | | | |
| Total comprehensive loss for the year | - | - | - | - | (64,802) | (64,802) |
| Exercise of share options | - | 44,715 | - | (15,578) | - | 29,137 |
| Vesting of awarded share | - | (1,278) | (3,783) | - | - | (5,061) |
| Reclassification of lapsed share options | - | 1,267 | - | (1,267) | - | - |
| Equity-settled share option arrangements | - | - | - | 15,696 | - | 15,696 |
| Share Award Scheme arrangements | - | - | 43,607 | - | - | 43,607 |
| Transfer due to privatisation | - | 99,225 | (46,383) | (52,225) | - | 617 |
| Final 2015 dividend | - | (268,408) | - | - | - | (268,408) |
| | | | | | | |
| At 31 December 2016 | 669,907 | 429,442 | - | - | (111,791) | 987,558 |
| | | | | | | |
| Total comprehensive loss for the year | - | - | - | - | (39,945) | (39,945) |
| Cease of share award scheme due to privatisation | - | 5,483 | - | - | - | 5,483 |
| | | | | | | |
| At 31 December 2017 | 669,907 | 434,925 | - | - | (151,736) | 953,096 |

The Company's contributed surplus represents the excess of the nominal value of the shares and the share premium account of the subsidiaries acquired pursuant to the Group reorganisation prior to the listing of the Company's shares, over the nominal value of the Company's shares issued in exchange therefore.

## 47.   APPROVAL OF THE FINANCIAL STATEMENTS

The financial statements were approved and authorised for issue by the board of directors of the Company on 20 April 2018.

EXHIBIT C

Page 125