Stephanie R. Wood (SBN: 242572)
  *swood@bcpc-law.com*
Jeffrey R. Bragalone (*pro hac vice* application pending)
  *jbragalone@bcpc-law.com*
Jonathan H. Rastegar (*pro hac vice* application pending)
  *jrastegar@bcpc-law.com*
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN:181464)
  *ben@dlgla.com*
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| TCT MOBILE (US) INC. AND HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Defendant. | Case No. 8:20-cv-00702-JVS-ADS<br><br>**DECLARATION OF JONATHAN H. RASTEGAR**<br><br><br>Date:        August 3, 2020<br>Time:        1:30 p.m.<br>Courtroom:   10C<br>Judge:       Hon. James V. Selna |

I, Jonathan H. Rastegar, hereby declare as follows:

1. I am an attorney at the law firm of Bragalone Conroy PC in Dallas, Texas. I am counsel of record for CCE in *Cellular Comm'n Equipment LLC v. TCL Corp. et al*, Case No. 2:20-cv-00080 (E.D. Tex.) (the "Texas Lawsuit"). I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. CCE has asserted U.S. Patent No. 7,218,923 (the "'923 patent") in eighteen prior district court lawsuits, each in the district court for the Eastern District of Texas. Those lawsuits include:

- *Cellular Comm'n Equipment LLC v. ZTE Corp., et al*, Case No. 6:13-cv-00511-KNM;

- *Cellular Comm'n Equipment LLC v. Pantech Co., Ltd., et al*, Case No. 6:13-cv-00509-KNM;

- *Cellular Comm'n Equipment LLC v. LG Electronics, Inc., et al*, Case No. 6:13-cv-00508-KNM;

- *Cellular Comm'n Equipment LLC v HTC Corp., et al*, Case No. 6:13-cv-00507-KNM;

- *Cellular Comm'n Equipment LLC v. Motorola Mobility LLC, et al*, Case No. 6:13-cv-00572-LED;

- *Cellular Comm'n Equipment LLC v. NEC CASIO Mobile Communications, Ltd., et al*, Case No. 6:13-cv-00584-LED;
- *Cellular Comm'n Equipment LLC v. Microsoft Corp.*, Case No. 6:13-cv-00738-LED;
- *Cellular Comm'n Equipment LLC v. Samsung Electronics Co., Ltd. et al*, Case No. 6:14-cv-00759-KNM;
- *Cellular Comm'n Equipment LLC v. Pantech Co. Ltd*, Case No. 6:15-cv-00853-KNM;
- *Cellular Comm'n Equipment LLC v. LG Electronics, Inc., et al*, Case No. 6:16-cv-00365-KNM;
- *Cellular Comm'n Equipment LLC v. Samsung Electronics Co., Ltd., et al*, Case No. 6:16-cv-00364-KNM;
- *Cellular Comm'n Equipment LLC v. HTC Corporation, et al*, Case No. 6:16-cv-00363-KNM;
- *Cellular Comm'n Equipment LLC v. ZTE Corporation, et al*, Case No. 6:16-cv-00375-KNM;
- *Cellular Comm'n Equipment LLC v. AT&T Mobility, LLC, et al*, Case No. 6:17-cv-00592-KNM;
- *Cellular Comm'n Equipment LLC v. AT&T Mobility, LLC, et al*, Case No. 6:17-cv-00590-KNM;
- *Cellular Comm'n Equipment LLC v. TCL Corp., et al*, Case No.

2:20-cv-00080-JRG;

- *Cellular Comm'n Equipment LLC v One Plus Technology Co. Ltd.*, Case No. 2:20-cv-00079-JRG; and

- *Cellular Comm'n Equipment LLC v HMD Global OY*, Case No. 2:20-cv-00078-JRG.

I am counsel of record in many of these lawsuits. In these lawsuits, the district court for the Eastern District of Texas has overseen, and ruled upon, discovery motions, Daubert motions, and multiple claim construction hearings and briefing.

3. Specifically, courts in the Eastern District of Texas construed the '923 patent on three prior occasions:

- *Cellular Comm'n Equipment LLC v. HTC Corp., et al*, Case No. 6:13-cv-507-KNM (March 9, 2015 Order);

- *Cellular Comm'n Equipment LLC v. HTC Corp., et al*, Case No. 6:13-cv-507-KNM (June 1, 2015 Order); and

- *Cellular Comm'n Equipment LLC v. Samsung Electronics Co., Ltd., et al*, Case No. 6:14-cv-759-KNM (March 29, 2016 Order).

4. In addition to the Texas Lawsuit, I am counsel of record of two lawsuits involving the '923 patent, pending in an Eastern District of Texas court:

- *Cellular Comm'n Equipment LLC v. HMD Global OY, et al*, Case No. 2:20-cv-078; and

- *Cellular Comm'n Equipment LLC v. One Plus Tech. Co. Ltd., et al*, Case No. 2:20-cv-0079.

5. Exhibit A to CCE's Renewed Motion To Dismiss The Complaint Or, In The Alternative, To Stay is a true and correct copy of *American Patents LLC v. TCL Corp., et al*, Case No. 4:18-cv-767-ALM, ECF No. 52 at p. 2 (E.D. Tex. Mar. 7, 2019).

6. Exhibit C to CCE's Renewed Motion To Dismiss The Complaint Or, In The Alternative, To Stay is a true and correct copy of CCE's Amended Complaint in the Texas Lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020 in Dallas, Texas___     /s/ Jonathan H. Rastegar
                                                 Jonathan H. Rastegar