UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00702JVS(ADSx) | Date | July 8, 2020 |
| Title | TCT Mobile (US) Inc. et al v. Cellular Communications Equipment LLC | | |

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] MINUTE ORDER VACATING MOTION TO DISMISS [17]**

On June 22, 2020 plaintiffs filed a First Amended Complaint. ECF No. 20. On July 6, 2020, Defendant Cellular Communications Equipment LLC ("CCE") filed a Renewed Motion to Dismiss or in the Alternative, Stay the Action. ECF No. 23. The Court therefore VACATES the hearing on CCE's motion to dismiss or in the alternative, to stay the action, set for July 13, 2020 as MOOT.

| | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |