Stephanie R. Wood (SBN: 242572)
 swood@bcpc-law.com
Jeffrey R. Bragalone (admitted *pro hac vice*)
 jbragalone@bcpc-law.com
Jonathan H. Rastegar (*pro hac vice* application pending)
 jrastegar@bcpc-law.com
**BRAGALONE CONROY PC**
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Ben M. Davidson (SBN:181464)
 ben@dlgla.com
**DAVIDSON LAW GROUP, ALC**
4500 Park Granada Blvd., Suite 202
Calabasas, California 91302
Tel: (818) 918-4622

Attorneys for Defendant
Cellular Communications Equipment LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| TCT MOBILE (US) INC. AND HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Defendant. | Case No. 8:20-cv-00702-JVS-ADS<br><br>**DECLARATION OF ERIC LUCAS**<br><br>Date:        August 3, 2020<br>Time:       1:30 p.m.<br>Courtroom: 10C<br>Judge:      Hon. James V. Selna |

I, Eric Lucas, hereby declare as follows:

1. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. I am the President of Defendant Cellular Communications Equipment LLC ("CCE").

3. CCE is a Texas corporation formed in 2013.

4. CCE's principal place of business is located in Frisco, Texas. Specifically, CCE's address is 6136 Frisco Square Blvd, Ste 400, Frisco, Texas 75034. Throughout its existence, CCE has always maintained its offices in either Frisco, Texas or Plano, Texas. CCE has never maintained an office in California.

5. CCE has never been registered to do business in California.

6. CCE has never been registered to do business in Florida. Further, CCE has never had offices in Florida.

7. CCE has never been affiliated with Manduley, Inc., Teresita Pedrosa, or Lawrence Pedrosa. As such, Teresita Pedrosa has never been a registered agent for CCE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2020

_____
Eric Lucas