Jerry D. Tice II (TX Bar No. 24093263)
jtice@bcpc-law.com
Bragalone Conroy PC
2200 Ross Avenue, Suite 4500W
Dallas, Texas 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TCT Mobile (US) Inc. and Huizhou TCL Mobile Communication Co. Ltd. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:20-cv-00702-JVS-ADS |
| v. | |
| Cellular Communications Equipment LLC | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tice II, Jerry D.    of   Bragalone Conroy PC
*Applicant's Name (Last Name, First Name & Middle Initial*    2200 Ross Avenue, Suite 4500W
(214) 785-6670    (214) 785-6680    Dallas, Texas 75201
*Telephone Number*    *Fax Number*
jtice@bcpc-law.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Cellular Communications Equipment LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Davidson, Ben M.    of   Davidson Law Group, ALC
*Designee's Name (Last Name, First Name & Middle Initial*    4500 Park Granada Boulevard, Suite 202
181464    (818) 918-4622    (310) 473-2941    Calabasas, CA 91302
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
ben@dlgla.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: July 21, 2020**

*/s/ James V Selna*

**U.S. District Judge James V Selna**