UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00702JVS(ADSx) | Date | July 22, 2020 |
| Title | TCT Mobile (US) Inc, et al v Cellular Communications Equipment LLC | | |

Present: The Honorable   **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

    **Court Trial**                    May 3, 2022 at 8:30 a.m.
      File Findings of Fact and Conclusions of Law by **April 25, 2022**
    **Final PreTrial Conference**        April 18, 2022 at 11:00 a.m.
      File PreTrial Documents not later than April 11, 2022
      File motions in limine not later than March 21, 2022
    **Expert Discovery Cut-off**    November 1, 2021
      Initial Expert Reports            August 23, 2021
      Rebuttal Expert Reports        September 20, 2021
    **Law and Motion Cut-off**         February 22, 2022 at 8:30 a.m.
      Motions to be filed and served not later than January 24, 2022
      Last Date to File Dispositive and Daubert Motions December 13, 2021
      Last Date to File Dispositive and Daubert Motions
    Exchange of Rule 26(a) Disclosures September 7, 2020
    Plaintiff to Serve Infringement Contentions August 17, 2020
    **Early Mediation Deadline**        **September 28, 2020**
    Defendant to Serve Invalidity Contentions October 1, 2020
    Exchange of Claim Terms            November 9, 2020
    Exchange of Preliminary Construction and Evidence November 23, 2020
    Joint Markman Prehearing Statement        January 4, 2021
    **Claim Construction Discovery Cut-off**    February 2, 2021
    Simultaneous Opening Markman Briefs        February 15, 2021
    Simultaneous Responding Markman Briefs, Tutorials and
      Presentation Materials            March 8, 2021
    **Markman Hearing**                **April 5, 2021 at 3:00 p.m.**

The Court adopts the proposed discovery limits.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 20-00702JVS(ADSx)                                   Date   July 22, 2020

Title   TCT Mobile (US) Inc, et al v Cellular Communications Equipment LLC

      Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #3, private mediation.  The Court orders that any settlement discussions shall be completed not later than September 28, 2020.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**The Scheduling Conference set for July 27, 2020 at 10:30 a.m. is VACATED.**

                                                                                              :   0

Initials of Preparer   lmb