Jonathan H. Rastegar (TX Bar No. 24064043)
jrastegar@bcpc-law.com
Bragalone Conroy PC
2200 Ross Avenue, Suite 4500W
Dallas, Texas 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCT Mobile (US) Inc. and Huizhou TCL Mobile Communication Co. Ltd.<br><br>Plaintiff(s)<br>v.<br>Cellular Communications Equipment LLC<br><br>Defendant(s). | CASE NUMBER<br><br>8:20-cv-00702-JVS-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rastegar, Jonathan H.
*Applicant's Name (Last Name, First Name & Middle Initial*
(214) 785-6670      (214) 785-6680
*Telephone Number*    *Fax Number*
jrastegar@bcpc-law.com
*E-Mail Address*

of   Bragalone Conroy PC
2200 Ross Avenue, Suite 4500W
Dallas, Texas 75201
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Cellular Communications Equipment LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Davidson, Ben M.
*Designee's Name (Last Name, First Name & Middle Initial*
181464       (818) 918-4622      (310) 473-2941
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
ben@dlgla.com
*E-Mail Address*

of   Davidson Law Group, ALC
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:**

**U.S. District Judge/U.S. Magistrate Judge**