Robert J. Benson (SBN 155971)
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TCT MOBILE (US) INC., et al.,

Plaintiff(s)

v.

CELLULAR COMMUNIATIONS EQUIPMENT LLC,

Defendant(s).

CASE NUMBER

8:20-cv-00702-JVS-ADSx

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Johnson, Jeffrey Lance
*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 658-6400
*Telephone Number*

(713) 658-6401
*Fax Number*

jj@orrick.com
*E-Mail Address*

of

Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, TX  77002-3106

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
TCT Mobile (US) Inc. and Huizhou TCL Mobile Communication Co. Ltd.

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Benson, Robert J.
*Designee's Name (Last Name, First Name & Middle Initial)*

155971
*Designee's Cal. Bar No.*

(949) 567-6700
*Telephone Number*

(949) 567-6710
*Fax Number*

rbenson@orrick.com
*E-Mail Address*

of

Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge