Robert J. Benson (SBN 155971)
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCT MOBILE (US) INC., et al.,<br><br>Plaintiff(s)<br>v.<br><br>CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Defendant(s). | CASE NUMBER<br><br>8:20-cv-00702-JVS-ADSx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Johnson, Jeffrey Lance
*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 658-6400         (713) 658-6401
*Telephone Number*      *Fax Number*

jj@orrick.com
*E-Mail Address*

of   Orrick, Herrington & Sutcliffe LLP
     609 Main Street, 40th Floor
     Houston, TX  77002-3106

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TCT Mobile (US), Inc. and Huizhou TCL Mobile Communication Co. Ltd.

*Name(s) of Party(ies) Represent*      ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Benson, Robert J.
*Designee's Name (Last Name, First Name & Middle Initial)*

155971          (949) 567-6700          (949) 567-6710
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

rbenson@orrick.com
*E-Mail Address*

of   Orrick, Herrington & Sutcliffe LLP
     2050 Main Street, Suite 1100
     Irvine, CA  92614-8255

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: July 28, 2020**

*[signature]*

**U.S. District Judge James V Selna**