ROBERT J. BENSON (SBN 155971)
rbenson@orrick.com@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA  92614-8255
Telephone:  +1 949 567 6700
Facsimile:   +1 949 567 6710

JEFFREY JOHNSON (*pro hac vice*)
jj@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6450
Facsimile: 713.658.6401

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TCT MOBILE (US) INC. AND HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Defendant. | Case No. 8:20-cv-00702-JVS-ADS <br><br> **JOINT STIPULATION OF DISMISSAL** <br><br> Courtroom:     10C <br> Judge:             Hon. James V. Selna <br> Complaint Filed: April 9, 2020 <br> Trial Date:       None Set |

WHEREAS, Plaintiffs TCT Mobile (US) Inc. and Huizhou TCL Mobile Communication Co. LTD. ("Plaintiffs") (collectively, "TCT") and Defendant Cellular Communications Equipment LLC ("CCE") have resolved TCT's claims for relief asserted against CCE in this case.

NOW, THEREFORE, TCT and CCE, through their attorneys of record, request the Court to dismiss all claims asserted by TCT against CCE with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: November 9, 2020

ORRICK, HERRINGTON
 & SUTCLIFFE LLP

By: /s/ Robert J. Benson
ROBERT J. BENSON (SBN 155971)
rbenson@orrick.com@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
Telephone:  +1 949 567 6700
Facsimile:   +1 949 567 6710

JEFFREY JOHNSON (*pro hac vice*)
jj@orrick.com
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6450
Facsimile: 713.658.6401
Attorneys for Plaintiffs
TCT MOBILE (US) INC. and HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.

- 1 -

JOINT STIPULATION OF DISMISSAL
CASE NO. 8:20-CV-00702-JVS-ADS

| | | |
|---|---|---|
| Dated: November 9, 2020 | | BRAGALONE CONROY PC |
| | By: | */s/ Jeffrey R. Bragalone* |
| | | Stephanie R. Wood |
| | | California Bar No. 242572 |
| | | swood@bcpc-law.com |
| | | Jeffrey R. Bragalone |
| | | Texas Bar No. 02855775 |
| | | jbragalone@bcpc-law.com |
| | | Jonathan H. Rastegar |
| | | Texas Bar No. 24064043 |
| | | jrastegar@bcpc-law.com |
| | | 2200 Ross Avenue, Suite 4500W |
| | | Dallas, TX 75201 |
| | | Tel: (214) 785-6670 |
| | | Fax: (214) 785-6680 |
| | | |
| | | Attorneys for Defendant |
| | | CELLULAR COMMUNICATIONS EQUIPMENT LLC |

## **ATTESTATION**

As required by Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories above concur in this filing's content and have authorized the filing.

Dated: November 9, 2020     By:  */s/Robert J. Benson*