1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TCT MOBILE (US) INC. AND HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br> Defendant. | Case No. 8:20-cv-00702-JVS-ADS <br><br> **ORDER RE JOINT STIPULATION OF DISMISSAL** <br><br> Courtroom:      10C <br> Judge:            Hon. James V. Selna <br> Complaint Filed: April 9, 2020 <br> Trial Date:       None Set |

1  This matter came before the Court upon the Joint Stipulation of Dismissal filed by Plaintiffs TCT Mobile (US) Inc. and Huizhou TCL Mobile Communication Co. LTD. ("Plaintiffs") (collectively, "TCT") and Defendant Cellular Communications Equipment LLC ("CCE").  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby,

**ORDERED** that all claims asserted by TCT against CCE in this action are hereby dismissed with prejudice.  It is further,

**ORDERED** that TCT and CCE shall bear their own costs, expenses and legal fees in this case.

Dated: November 10, 2020   _____
HON. JAMES V. SELNA